| Attorney or Party without Attorney: <br> Samuel H. Rudman, Esq., Bar #7957 <br> Lerach Coughlin Stoia Geller Rudman <br> & Robbins LLP <br> 58 South Service Road, Suite 200 <br> Melville, NY 11747 <br> Telephone No: 631-367-7100    FAX No: 631-367-1173 | | | | For Court Use Only |
|---|---|---|---|---|
| | | Ref. No. or File No.: | | |
| Attorney for: Plaintiff | | | | |
| Insert name of Court, and Judicial District and Branch Court: <br> United States District Court - Southern District Of New York | | | | |
| Plaintiff: Brickman Investments, Inc., et al. | | | | |
| Defendant: Allot Communications Ltd., et al. | | | | |
| **AFFIDAVIT OF SERVICE** <br> **Summons In A Civil Case** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 07CV3455 |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Case; Class Action Complaint

3. a. Party served:           Allot Communications Ltd.
   b. Person served:          Roger Whitman, Controller / Authorized to Accept Legal Process

4. Address where the party was served:   7664 Golden Triangle Drive
                                          Eden Prairie, MN 55344

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue., May. 08, 2007 (2) at: 8:55AM

7. Person Who Served Papers:
   a. Bob Yates

   *Fee for Service:*
   I Declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.



1st Nationwide Legal Services
501 12th Street
Sacramento CA, 95814

Voice: 916.449.8990
FAX: 916.449.8991

5/21/07
(Date)                                    (Signature)

8. SUBSCRIBED AND SWORN to me, a Notary Public in and for said County and State.

   My Commission Expires_____
                          (Date)

                                      AFFIDAVIT OF SERVICE           (Notary Public))         sarud.60830
                                      Summons In A Civil Case

BRIAN SOWADA
NOTARY PUBLIC-MINNESOTA
My Commission Expires Jan. 31, 2010