| Attorney or Party without Attorney: Samuel H. Rudman, Esq., Bar #7957<br>Lerach Coughlin Stoia Geller Rudman<br>& Robbins LLP<br>58 South Service Road, Suite 200<br>Melville, NY 11747<br>Telephone No: 631-367-7100  FAX No: 631-367-1173 | For Court Use Only |
|---|---|
| Ref. No. or File No.: | |
| Attorney for: Plaintiff | |

Insert name of Court, and Judicial District and Branch Court:
United States District Court - Southern District Of New York

Plaintiff: Brickman Investments, Inc., et al.
Defendant: Allot Communications Ltd., et al.

| **AFFIDAVIT OF SERVICE**<br>**Summons In A Civil Case** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>07CV3455 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Case; Class Action Complaint

3. a. Party served:        Yigal Jacoby
   b. Person served:     Party in item 3a

4. Address where the party was served:    Allot Communications
                                          7664 Golden Triangle Drive
                                          Eden Prairie, MN 55344

5. I served the party:
   b. **by substituted service.** On: Tue., May. 08, 2007 at: 8:55AM I left the documents listed in item 2 with or in the presence of: Roger Whitman, Controller / Authorized to Accept Legal Process
   (1) **(Business)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.

7. Person Who Served Papers:
   a. Bob Yates

   1st Nationwide Legal Services
   501 12th Street
   Sacramento CA, 95814

   Voice: 916.449.8990
   FAX: 916.449.8991

   Fee for Service:
   I Declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

   5/21/07 (Date)        (Signature)

8. SUBSCRIBED AND SWORN to me, a Notary Public in and for said County and State.

   My Commission Expires_____ (Date)

   BRIAN SOWADA
   NOTARY PUBLIC - MINNESOTA
   My Commission Expires Jan. 31, 2010

   AFFIDAVIT OF SERVICE
   Summons In A Civil Case           (Notary Public)      sarud.60833