| Attorney or Party without Attorney: <br> Samuel H. Rudman, Esq., Bar #7957 <br> Lerach Coughlin Stoia Geller Rudman <br> & Robbins LLP <br> 58 South Service Road, Suite 200 <br> Melville, NY 11747 <br> Telephone No: 631-367-7100  FAX No: 631-367-1173 | | | | For Court Use Only |
|---|---|---|---|---|
| | | Ref. No. or File No.: | | |
| Attorney for: Plaintiff | | | | |
| Insert name of Court, and Judicial District and Branch Court: <br> United States District Court - Southern District Of New York | | | | |
| Plaintiff: Brickman Investments, Inc., et al. | | | | |
| Defendant: Allot Communications Ltd., et al. | | | | |
| **AFFIDAVIT OF SERVICE** <br> **Summons In A Civil Case** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 07CV3455 |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Case; Class Action Complaint

3. a. Party served:          Adi Sapir
   b. Person served:         Party in item 3a

4. Address where the party was served:   Allot Communications
                                         7664 Golden Triangle Drive
                                         Eden Prairie, MN 55344

5. I served the party:
   b. **by substituted service.** On: Tue., May. 08, 2007 at: 8:55AM I left the documents listed in item 2 with or in the presence of: Roger Whitman, Controller / Authorized to Accept Legal Process
   (1) **(Business)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.

7. **Person Who Served Papers:**
   a. Bob Yates

   1st Nationwide Legal Services
   501 12th Street
   Sacramento CA, 95814
   Voice: 916.449.8990
   FAX: 916.449.8991

   *Fee for Service:*
   I Declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

   5/21/07 (Date)    (Signature)

8. SUBSCRIBED AND SWORN to me, a Notary Public in and for said County and State.

   My Commission Expires _____ (Date)

   AFFIDAVIT OF SERVICE
   Summons In A Civil Case          (Notary Public)          sarud.60832

   BRIAN SOWADA
   NOTARY PUBLIC-MINNESOTA
   My Commission Expires Jan. 31, 2010