| *Attorney or Party without Attorney:*<br>Samuel H. Rudman, Esq., Bar #7957<br>Lerach Coughlin Stoia Geller Rudman<br>& Robbins LLP<br>58 South Service Road, Suite 200<br>Melville, NY 11747<br>*Telephone No:* 631-367-7100   *FAX No:* 631-367-1173 | | *For Court Use Only* |
|---|---|---|
| | *Ref. No. or File No.:* | |
| *Attorney for:* Plaintiff | | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>United States District Court - Southern District Of New York | | |
| *Plaintiff:* Brickman Investments, Inc., et al. | | |
| *Defendant:* Allot Communications Ltd., et al. | | |

| **AFFIDAVIT OF SERVICE**<br>**Summons In A Civil Case** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>07CV3455 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Case; Class Action Complaint

3. a. *Party served:*   Rami Hadar
   b. *Person served:*   Party in item 3a

4. *Address where the party was served:*   Allot Communications
   7664 Golden Triangle Drive
   Eden Prairie, MN 55344

5. *I served the party:*
   b. **by substituted service.** On: Tue., May. 08, 2007 at: 8:55AM I left the documents listed in item 2 with or in the presence of:
   Roger Whitman, Controller / Authorized to Accept Legal Process
   (1) **(Business)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.

7. *Person Who Served Papers:*
   a. Bob Yates

   1st Nationwide Legal Services
   501 12th Street
   Sacramento CA, 95814

   **Voice: 916.449.8990**
   **FAX: 916.449.8991**

   5/21/07
   *(Date)*

   *Fee for Service:*
   I Declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

   *(Signature)*

8. **SUBSCRIBED AND SWORN** to me, a Notary Public in and for said County and State.

   My Commission Expires _____
   *(Date)*

   BRIAN SOWADA
   NOTARY PUBLIC-MINNESOTA
   My Commission Expires Jan. 31, 2010

   AFFIDAVIT OF SERVICE
   Summons In A Civil Case

   *(Notary Public)*

   sarud.60831