UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/7/07

———————————————————— x

BRICKMAN INVESTMENTS INC., On
Behalf of Itself and All Others Similarly
Situated,

                 Plaintiff,

   vs.

ALLOT COMMUNICATIONS LTD., et al.,

                Defendants.

———————————————————— x

Civil Action No. 07-cv-03455-RJH

CLASS ACTION

**STIPULATION AND [PROPOSED]
ORDER**



WHEREAS, on May 1, 2007, plaintiff, Brickman Investments Inc. filed a complaint captioned *Brickman Investments Inc. v. Allot Communications Ltd., et al*, a putative class action, which was assigned to the Honorable Richard J. Holwell and an answer has not been filed in this action or any related action;

WHEREAS, the parties believe that, for reasons of judicial efficiency and economy, defendants should be permitted to withhold responding to this action or any related action until after the actions are consolidated and lead plaintiff and lead counsel are appointed and a consolidated complaint is filed;

WHEREAS, counsel for Allot Communications Ltd. ("Allot" or the "Company" or "Defendant") agrees to accept service on behalf of the Company.

WHEREFORE, the parties, by and through their undersigned counsel, hereby stipulate that the Court be requested to enter an order as follows:

1.    Defendant need not answer, move against or otherwise respond to this action or any related action until a consolidated complaint is filed;

2.    Lead plaintiff shall serve a consolidated complaint ("Consolidated Complaint") within 60 days of entry of the Court's Order appointing lead plaintiff(s) and designating lead counsel;

3.    Defendant shall answer, move against or otherwise respond to the Consolidated Complaint 60 days after service of the Consolidated Complaint; and

4.    If Defendant moves to dismiss the Consolidated Complaint, the lead plaintiff shall serve an opposition memorandum within 60 days of service of Defendant's motion to dismiss and Defendant shall serve any reply memoranda within 45 days after service of the lead plaintiff's opposition memorandum. No motion to dismiss may be filed unless defendants comply with the Court's individual practices.

- 1 -

DATED: May 30, 2007

LERACH COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
SAMUEL H. RUDMAN (SR-7957)
DAVID A. ROSENFELD (DR-7564)
MARIO ALBA, JR. (MA-7240)

MARIO ALBA, JR.

58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)

ABRAHAM FRUCHTER & TWERSKY LLP
JACK G. FRUCHTER
One Pennsylvania Plaza, Suite 2805
New York, NY 10119
Telephone: 212/279-5050
212/279-3655 (fax)

*Attorneys for Plaintiff*

DATED: May 30, 2007

VINCENT R. FITZPATRICK JR. (VF-1636)
DOUGLAS P. BAUMSTEIN (DB-1948)
WHITE & CASE LLP

DOUGLAS P. BAUMSTEIN

1155 Avenue of the Americas
New York, NY 10036
Telephone: 212/819-8586
212/354-8113 (fax)

*Attorneys for Defendant*

- 2 -

\*     \*     \*

**O R D E R**

IT IS SO ORDERED.

DATED:   6/6/07

THE HONORABLE RICHARD J. HOLWELL
UNITED STATES DISTRICT JUDGE

- 3 -