UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRICKMAN INVESTMENTS INC., on behalf of itself and all others similarly situated,<br><br>      Plaintiff,<br><br>  v.<br><br>ALLOT COMMUNICATIONS LTD., YIGAL JACOBY, RAMI HADAR and ADI SAPIR,<br><br>      Defendants. | No. 1:07-cv-03455-RJH<br><br>NOTICE OF MOTION AND MOTION OF DIKLA MONDIAL MUTUAL FUND FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF CO-LEAD COUNSEL |
| GERALD BILGER, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>  v.<br><br>ALLOT COMMUNICATIONS LTD., YIGAL JACOBY, RAMI HADAR and ADI SAPIR,<br><br>      Defendants. | No. 1:07-cv-03815-RJH |
| ELIYAHU MOKHTAR, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>  v.<br><br>ALLOT COMMUNICATIONS LTD., YIGAL JACOBY, RAMI HADAR and ADI SAPIR,<br><br>      Defendants. | No. 1:07-cv-05456-RJH |

*[Captions Continue on Following Page]*

| | |
|---|---|
| SHANNON VINSON, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> ALLOT COMMUNICATIONS LTD., YIGAL JACOBY, RAMI HADAR and ADI SAPIR, <br><br> Defendants. | No. 1:07-cv-05457-RJH |

TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE, that as soon as the matter can be heard in the courtroom of the Honorable Richard J. Holwell, situated at 500 Pearl Street, Courtroom 17B, New York, New York 10007. Proposed Lead Plaintiff, Dikla Mondial Mutual Fund ("Movant"), will move, and hereby does move, under §27(D) *et seq.* of the Securities Act of 1933 as amended by the Private Securities Litigation Reform Act of 1995 ("PSLRA"), for an order (a) consolidating related actions, (b) appointing Dikla Mondial Mutual Fund as Lead Plaintiff, and (c) approving its selection of Glancy Binkow & Goldberg LLP and The Law Office of Jacob Sabo as Co-Lead Counsel for the Class and Murray, Frank & Sailer LLP as Liaison Counsel for the Class.

Movant seeks appointment as Lead Plaintiff and approval of Lead Plaintiff's choice of counsel pursuant to the Securities Act of 1933, the Federal Rules of Civil Procedure, and the PSLRA. This motion is based on this Notice, the attached memorandum of points and authorities, the declaration of Dale MacDiarmid and the Court's complete files and records in this action, as well as such further argument as the Court may allow at a hearing on this motion.

A copy of this Notice has been sent to all parties on the attached proof of service.

Dated: July 2, 2007 **MURRAY, FRANK & SAILER LLP**

By:_____S/_____
Brian P. Murray (BM 9954)
275 Madison Avenue, Suite 801
New York, New York 10016
Telephone: (212) 682-1818
Facsimile: (212) 682-1892

*Proposed Liaison Counsel*

**GLANCY BINKOW & GOLDBERG LLP**
Lionel Z. Glancy
Michael Goldberg
1801 Avenue of the Stars, Suite 311
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

**THE LAW OFFICE OF JACOB SABO**
Jacob Sabo
The Tower No.3 Daniel Frisch St. 15th Floor
Tel Aviv, Israel 64731
Telephone: 011 972 3 607 88 88
Facsimile: 011 972 3 607 88 89

*Attorneys for Movant and*
*Proposed Co-Lead Counsel*