UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRICKMAN INVESTMENTS INC., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ALLOT COMMUNICATIONS LTD., YIGAL JACOBY, RAMI HADAR and ADI SAPIR,<br><br>Defendants. | No. 1:07-cv-03455-RJH<br><br>DECLARATION OF DALE MacDIARMID IN SUPPORT OF MOTION OF DIKLA MONDIAL MUTUAL FUND FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF CO-LEAD COUNSEL |
| GERALD BILGER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ALLOT COMMUNICATIONS LTD., YIGAL JACOBY, RAMI HADAR and ADI SAPIR,<br><br>Defendants. | No. 1:07-cv-03815-RJH |
| ELIYAHU MOKHTAR, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ALLOT COMMUNICATIONS LTD., YIGAL JACOBY, RAMI HADAR and ADI SAPIR,<br><br>Defendants. | No. 1:07-cv-05456-RJH |

*[Captions Continue on Following Page]*

- 1 -

| | |
|---|---|
| SHANNON VINSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ALLOT COMMUNICATIONS LTD., YIGAL JACOBY, RAMI HADAR and ADI SAPIR,<br><br>Defendants. | No. 1:07-cv-05457-RJH |

I, Dale MacDiarmid, hereby declare as follows:

1.     I am an associate of Glancy Binkow & Goldberg LLP, counsel for Dikla Mondial Mutual Fund ("Movant").

2.     Movant seeks appointment as Lead Plaintiff pursuant to Section 21D of the Securities Exchange Act of 1934 in the above-captioned action (the "Action").

3.     I submit this Declaration, together with the attached exhibits, in support of the motion of Dikla Mondial Mutual Fund, *inter alia*, to appoint it to serve as Lead Plaintiff on behalf of the class in the Action and to approve Movant's choice Glancy Binkow & Goldberg LLP and The Law Office of Jacob Sabo as Co-Lead Counsel. I am fully familiar with the facts set forth herein.

4.     Attached hereto as the exhibits indicated are true and correct copies of the following:

    Exhibit A:     Press release published on May 1, 2007, on *Business Wire* announcing pendency of the lawsuit commenced by Brickman Investments Inc., *et al.*, against defendants herein.

    Exhibit B:     Sworn shareholder certification of Dikla Mondial Mutual Fund.

    Exhibit C:     Tables reflecting the calculated losses incurred by Movant as a result of transactions in Allot Communications Ltd. securities.

    Exhibit D:     Firm resumé of Glancy Binkow & Goldberg LLP.

Exhibit E:    Firm resumé of The Law Office of Jacob Sabo.

I declare under penalty of perjury under the laws of the State of California that the foregoing facts are true and correct. Executed this 2nd day of July, 2007, at Los Angeles, California.

_____
Dale MacDiarmid