**EXHIBIT A-PRESS RELEASE**

Yahoo!  My Yahoo!  Mail                    Search: |                    | Web Search

YAHOO! FINANCE    Sign In            Finance Home - Help
                  New User? Sign Up                              BusinessWire

Welcome [Sign In]                                To track stocks & more, Register

## Financial News

Enter symbol(s) |        | Basic  ▼ | Get | Symbol Lookup

**Press Release**                Source: Lerach Coughlin Stoia Geller Rudman & Robbins LLP

### Lerach Coughlin Stoia Geller Rudman & Robbins LLP Files Class Action Suit against Allot Communications Ltd.

Tuesday May 1, 3:49 pm ET

NEW YORK--(BUSINESS WIRE)--Lerach Coughlin Stoia Geller Rudman & Robbins LLP ("Lerach Coughlin") (http://www.lerachlaw.com/cases/allot/) today announced that a class action lawsuit has been commenced in the United States District Court for the Southern District of New York on behalf of investors of Allot Communications Ltd. ("Allot" or the "Company") (NASDAQ:ALLT - News) who purchased the common stock of Allot pursuant and/or traceable to the Company's Registration Statement and Prospectus for its Initial public offering on November 15, 2006, (the "IPO"), seeking to pursue remedies under the Securities Act of 1933 (the "Securities Act").

If you wish to serve as lead plaintiff, you must move the Court no later than 60 days from today. If you wish to discuss this action or have any questions concerning this notice or your rights or interests, please contact plaintiff's counsel, Samuel H. Rudman or Mario Alba, Jr. of Lerach Coughlin at 800/449-4900 or 619/231-1058 or via e-mail at wsl@lerachlaw.com. If you are a member of this class, you can view a copy of the complaint as filed or join this class action online at http://www.lerachlaw.com/cases/allot/. Any member of the purported class may move the Court to serve as lead plaintiff through counsel of their choice, or may choose to do nothing and remain an absent class member.

The complaint charges Allot and certain of its officers, directors and underwriters with violations of the Securities Act of 1933. Allot is a designer, developer, marketer, and seller of broadband service optimization solutions. The Company's solutions provide broadband service providers and enterprises with real-time visibility into, and control of, network traffic.

The Complaint alleges that the Registration Statement and Prospectus issued in connection with the IPO were negligently prepared and, as a result, contained untrue statements of material facts; omitted to state other facts necessary to make the statements made therein not misleading; and were not prepared in accordance with the rules and regulations governing their preparation. Specifically, the Complaint alleges, among other things, that the Registration Statement and Prospectus included representations that the Company would achieve its goal in becoming the leader in its industry through its ability to market and sell its products to end-customers through its channel partners. In fact, according to the Complaint, the Registration Statement and Prospectus failed to disclose that Allot was experiencing declining sales in its indirect distribution channels, such as enterprise, education and smaller ISP customers, in North America.

On April 2, 2007, Allot issued a press release announcing that revenues and earnings for the first quarter of 2007 and the 2007 fiscal year would be lower than its previous guidance - given less than two months ago. The Company attributed the lower guidance to "weakness in sales from some of the Company's distributors, principally in the Americas, which are focused on sales to enterprise, education, and smaller ISPs." In response to the announcement about the Company's revised guidance, on April 2, 2007, the price of Allot stock declined precipitously falling from $9.15 per share to $7.11 per share - approximately 40% below the IPO price - on heavy trading volume.

Plaintiff seeks to recover damages on behalf of all those who purchased the common stock of Allot pursuant and/or traceable to the Company's Registration Statement and Prospectus for its IPO on November 15, 2006. The plaintiff is represented by Lerach Coughlin, which has expertise in prosecuting investor class actions.

Lerach Coughlin, a 180-lawyer firm with offices in San Diego, San Francisco, Los Angeles, New York, Boca Raton, Washington, D.C., Houston, Philadelphia and Seattle, is active in major litigations pending in federal and state courts throughout the United States and has taken a leading role in many important actions on behalf of defrauded investors, consumers, and companies, as well as victims of human rights violations. Lerach Coughlin lawyers have been responsible for more than $20 billion in aggregate recoveries. The Lerach Coughlin Web site (http://www.lerachlaw.com) has more information about the firm.

Contact:

Lerach Coughlin Stoia Geller Rudman & Robbins LLP
William Lerach, 800-449-4900
Samuel H. Rudman
Mario Alba, Jr.
wsl@lerachlaw.com

Source: Lerach Coughlin Stoia Geller Rudman & Robbins LLP