**EXHIBIT B-CERTIFICATION**

The Law Office of Jacob Sabo         Glancy Binkow & Goldberg LLP
================================================================

In Re Allot Communications Securities Litigation

## SWORN CERTIFICATION OF PLAINTIFF

1. We have reviewed the Complaint and are willing to join it.

2. We did not purchase Allot Communications Ltd. the security that is the subject of this action, at the direction of plaintiff counsel or in order to participate in any private action arising under this title.

3. We are willing to serve on behalf of the class and willing to testify at deposition and trial, if necessary.

4. Our transactions in Allot Communications Ltd. during the Class Period are attached hereto.

5. We have not served as lead plaintiff on behalf of class under this title, during the last three years.

6. We will not accept any payment for serving as lead plaintiff under this litigation, except receive our pro rata share of any recovery and/or reimbursed for our out of pocket expenses and/or as ordered or approved by the Court.

We declare under penalty of perjury that the foregoing are true and correct statement.

_____
Migdal Mutual Funds Management Ltd.
For
Migdal Mondial Mutual Fund

Date: 11/6/07