# EXHIBIT C-LOSS CHART

# EXHIBIT
## TABLE OF MOVANT DIKLA MONDIAL'S LOSSES IN ALLOT COMMUNICATIONS LTD.

RECORD TRANSACTION

| NAME | BUY DATE | SHARES | PRICE | AMOUNT | SALE DATE | SHARES | PRICE | PROCEEDS | LOSS |
|---|---|---|---|---|---|---|---|---|---|
| BUY TRANSACTIONS | | | 0.0000 | $ 0.00 | | | | | |
| DIKLA MONDIAL | 11 16 2006 | 10000 | 12.0000 | $ 120,000.00 | | | | | |
| SELL TRANSACTIONS | | | | $ 0.00 | | | 0.0000 | $ 0.00 | |
| DIKLA MONDIAL | | | | | 02 14 2007 | 3500 | 9.0908 | $ 31,817.80 | 88,182.20 |
| TOTALS | | 10000 | | $ 120,000.00 | | 3500 | | $ 31,817.80 | |
| VALUE OF SHARES REMAINING¹ | | | | | | 3500 | | $ | 47,190.00 |
| TOTAL LOSS | | | | | | | | $ | 40,992.20 |

¹Based on the 90-day post-Class Period daily share price average of $7.26.

TABLE OF MOVANT DIKLA MONDIAL'S LOSSES IN ALLOT COMMUNICATIONS LTD. SECURITIES
M:\Documents and Settings\dmacdiarmid\Local Settings\Temp\102\LOSSES OF DIKLA MONDIAL57.wpd

Page 1 of 1