**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BRICKMAN INVESTMENTS INC., on behalf of itself and all others similarly situate,<br><br>Plaintiff,<br><br>v.<br><br>ALLOT COMMUNICATIONS LTD., YIGAL JACOBY, RAMI HADAR and ADI SAPIR,<br><br>                                  Defendants. | No. 1:07-cv-03455-RJH<br><br>Hon. Richard J. Holwell<br><br><br><br>**PROOF OF SERVICE** |
| GERALD BILGER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ALLOT COMMUNICATIONS LTD., YIGAL JACOBY, RAMI HADAR and ADI SAPIR,<br><br>                                  Defendants. | No. 1:07-cv-03815-RJH |
| ELIYAHU MOKHTAR, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ALLOT COMMUNICATIONS LTD., YIGAL JACOBY, RAMI HADAR and ADI SAPIR,<br><br>                                  Defendants. | No. 1:07-cv-05456-RJH |

*[Captions Continue on Following Page]*

| | |
|---|---|
| SHANNON VINSON, individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>   v.<br><br>ALLOT COMMUNICATIONS LTD., YIGAL JACOBY, RAMI HADAR and ADI SAPIR,<br><br>     Defendants. | No. 1:07-cv-05457-RJH |

## PROOF OF SERVICE

I, the undersigned, say:

I am a citizen of the United States and am employed in the office of a member of the Bar of this Court. I am over the age of 18 and not a party to the within action. My business address is 275 Madison Avenue, Suite 801, New York, New York 10016

On July 2, 2007 , I served the following:

| | |
|---|---|
| 1 | **NOTICE OF MOTION AND MOTION OF DIKLA MONDIAL MUTUAL FUND FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF CO-LEAD COUNSEL** |
| 2 | **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION OF DIKLA MONDIAL MUTUAL FUND FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF CO-LEAD COUNSEL** |
| 3 | **DECLARATION OF DALE MacDIARMID IN SUPPORT OF MOTION OF DIKLA MONDIAL MUTUAL FUND FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF CO-LEAD COUNSEL** |
| 4 | **[PROPOSED] ORDER GRANTING MOTION OF DIKLA MONDIAL MUTUAL FUND FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF CO-LEAD COUNSEL** |

on the parties shown below by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail at New York, New York.

Executed on July 2, 2007, at New York, New York.

I certify under penalty of perjury that the foregoing is true and correct.

_____*S/*_____
Thomas J. Kennedy

### Service List

*For Plaintiffs:*

David Avi Rosenfeld
Samuel Howard Rudman
Lerach, Coughlin, Stoia,
    Geller, Rudman & Robbins, LLP
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631-367-7100

Jack Gerald Fruchter
Abraham Fruchter & Twersky LLP
One Penn Plaza, Suite 1910
New York, NY 10119
Telephone: 212-279-5050

D. Seamus Kaskela
Richard A. Maniskas
Schiffrin Barroway Topaz & Kessler, LLP
280 King of Prussia Rd.
Radnor, PA 19087
Telephone: (610) 667-7706

Evan J Smith
Brodsky & Smith, L.L.C.
240 Mineola Blvd.
Mineola, NY 11501
Telephone: 516-741-4977

Corey D. Holzer
Michael I. Fistel, Jr.
Holzer Holzer & Cannon LLC
1117 Perimeter Center West, E-107
Atlanta, GA 30338
Telephone: (770) 392-0090
Facsimile: (770) 392-0029

Nadeem Faruqi
Shane Thomas Rowley
Antonio Vozzolo
Faruqi & Faruqi, LLP
369 Lexington Avenue, 10th Floor
New York, NY 10017
Telephone: (212) 983-9330

*For Defendants:*

General Counsel
Allot Communications Ltd.
 c/o Allot Communications, Inc.
7664 Golden Triangle Drive
Eden Prairie, MN 55344
Telephone: 877-255-6826
Facsimile:  952-944-9555

Yigal Jacoby
c/o Allot Communications, Inc.
7664 Golden Triangle Drive
Eden Prairie, MN 55344
Telephone: 877-255-6826
Facsimile:  952-944-9555


Rami Hadar
c/o Allot Communications, Inc.
7664 Golden Triangle Drive
Eden Prairie, MN 55344
Telephone: 877-255-6826
Facsimile:  952-944-9555

Adi Sapir
c/o Allot Communications, Inc.
7664 Golden Triangle Drive
Eden Prairie, MN 55344
Telephone: 877-255-6826
Facsimile:  952-944-9555