**KAHN GAUTHIER SWICK, LLC**
Michael A. Swick (MS-9970)
Kim E. Miller (KM-6996)
12 East 41st Street, 12th Floor
New York, NY  10017
Telephone:  (212) 696-3730
Fax:  (504) 455-1498

**KAHN GAUTHIER SWICK, LLC**
Lewis S. Kahn
650 Poydras Street, Suite 2150
New Orleans, LA  70130
Telephone:  (504) 455-1400
Fax:  (504) 455-1498

*Counsel for the Chen Group and*
*Proposed Lead Counsel for the Class*

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRICKMAN INVESTMENTS, INC., Individually And On Behalf of All Others Similarly Situated, <br><br>           Plaintiff, <br><br> vs. <br><br> ALLOT COMMUNICATIONS, LTD., YIGAL JACOBY, RAMI HADAR AND ADI SAPIR, <br><br>           Defendants. | DOCKET NUMBER: 07-cv-3455 <br><br> HON. RICHARD J. HOLWELL |

(Caption continued on the following page)

**MOTION OF THE CHEN GROUP TO CONSOLIDATE RELATED ACTIONS; TO BE APPOINTED LEAD PLAINTIFF; AND TO APPROVE PROPOSED LEAD PLAINTIFF'S CHOICE OF COUNSEL**

| | | |
|---|---|---|
| GERALD BILGER, Individually And On Behalf of All Others Similarly Situated, | ) ) ) ) | DOCKET NUMBER: 07-cv-3815 |
| Plaintiff, | ) ) ) | HON. RICHARD J. HOLWELL |
| vs. | ) ) ) | |
| ALLOT COMMUNICATIONS, LTD., YIGAL JACOBY, RAMI HADAR AND ADI SAPIR, | ) ) ) ) | |
| Defendants. | ) ) | |
| ELIYAHU MOKHTAR, Individually And On Behalf of All Others Similarly Situated, | ) ) ) ) | DOCKET NUMBER: 07-cv-5456 |
| Plaintiff, | ) ) ) | HON. RICHARD J. HOLWELL |
| vs. | ) ) ) | |
| ALLOT COMMUNICATIONS, LTD., YIGAL JACOBY, RAMI HADAR AND ADI SAPIR, | ) ) ) ) | |
| Defendants. | ) ) | |
| SHANNON VINSON, Individually And On Behalf of All Others Similarly Situated, | ) ) ) ) | DOCKET NUMBER: 07-cv-5457 |
| Plaintiff, | ) ) ) | HON. RICHARD J. HOLWELL |
| vs. | ) ) ) | |
| ALLOT COMMUNICATIONS, LTD., YIGAL JACOBY, RAMI HADAR AND ADI SAPIR, | ) ) ) ) | |
| Defendants. | ) ) | |

The Chen Group (or "Movant") respectfully moves this Court for an order: (1) consolidating all related actions; (2) appointing Movant as Lead Plaintiff in this action pursuant to Section 27(a)(3)(B) of the Securities Act of 1933 (the "Securities Act"), as amended by Section 101(a) of the Private Securities Litigation Reform Act of 1995 ("PLSRA"); and (3) approving its selection of the law firm of Kahn Gauthier Swick, LLC, as Lead Counsel for the Class.

The Chen Group makes this Motion on the belief that it is the most "adequate plaintiff" as defined in the PSLRA because:

1. it has the largest financial interest in the relief sought by the Class and has incurred substantial losses in the amount of $42,789.64 as a result of its purchases of Allot Communications, Ltd. stock during the Class Period, and

2. it satisfies the typicality and adequacy requirements of Fed. R. Civ. P. Rule 23.

The Chen Group further requests that the Court approve the selection of its counsel, Kahn Gauthier Swick, LLC, ("KGS"), as Lead Counsel for the Class. This firm has actively investigated the allegations raised against Defendants. KGS is a nationally-recognized law firm with significant class action, fraud, and complex litigation experience, and is a firm with the resources to effectively and properly pursue this action.

**WHEREFORE**, for all of the reasons set forth herein and in the Memorandum of Law and the Miller Declaration submitted herewith, the Chen Group respectfully requests that this Court: (1) consolidate all related actions with the instant case; (2) appoint the Chen Group as Lead Plaintiff pursuant to Section 27(a)(3)(B) of the Securities Act of 1933, as amended by the PSLRA; (3) approve the Chen Group's selection of Lead Counsel for the Class; and (4) grant such other and further relief as the Court may deem just and proper.

Dated: July 2, 2007                                         Respectfully submitted,

                                            KAHN GAUTHIER SWICK, LLC

                                              /s/  Kim E. Miller
                                            Michael A. Swick  (MS-9970)
                                            Kim E. Miller (KM-6996)
                                            12 East 41st Street, 12th Floor
                                            New York, NY 10017
                                            Telephone:   (212) 696-3730
                                            Facsimile:    (504) 455-1498

                                            And

                                            KAHN GAUTHIER SWICK, LLC
                                            Lewis S. Kahn
                                            650 Poydras St., Suite 2150
                                            New Orleans, Louisiana 70130
                                            Telephone (504) 455-1400
                                            Facsimile: (504) 455-1498

                                            *Counsel for the Chen Group and Proposed Lead Counsel for the Class*

**CERTIFICATE OF SERVICE**

      I hereby certify that this Motion was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants on July 2, 2007.

                                                  /s/ Kim E. Miller
                                                  Kim E. Miller