**KAHN GAUTHIER SWICK, LLC**
Michael A. Swick (MS-9970)
Kim E. Miller (KM-6996)
12 East 41st Street, 12th Floor
New York, NY 10017
Telephone: (212) 696-3730
Fax: (504) 455-1498

**KAHN GAUTHIER SWICK, LLC**
Lewis S. Kahn
650 Poydras Street, Suite 2150
New Orleans, LA 70130
Telephone: (504) 455-1400
Fax: (504) 455-1498

*Counsel for the Chen Group and*
*Proposed Lead Counsel for the Class*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRICKMAN INVESTMENTS, INC., Individually And On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> ALLOT COMMUNICATIONS, LTD., YIGAL JACOBY, RAMI HADAR AND ADI SAPIR, <br><br> Defendants. | DOCKET NUMBER: 07-cv-3455 <br><br> HON. RICHARD J. HOLWELL |

(Caption continued on the following page)

**[PROPOSED] ORDER CONSOLIDATING RELATED ACTIONS; APPOINTING LEAD PLAINTIFF; AND TO APPROVE PROPOSED LEAD PLAINTIFF'S CHOICE OF COUNSEL**

| | |
|---|---|
| GERALD BILGER, Individually And On Behalf of All Others Similarly Situated, | DOCKET NUMBER: 07-cv-3815 |
| Plaintiff, | HON. RICHARD J. HOLWELL |
| vs. | |
| ALLOT COMMUNICATIONS, LTD., YIGAL JACOBY, RAMI HADAR AND ADI SAPIR, | |
| Defendants. | |
| ELIYAHU MOKHTAR, Individually And On Behalf of All Others Similarly Situated, | DOCKET NUMBER: 07-cv-5456 |
| Plaintiff, | HON. RICHARD J. HOLWELL |
| vs. | |
| ALLOT COMMUNICATIONS, LTD., YIGAL JACOBY, RAMI HADAR AND ADI SAPIR, | |
| Defendants. | |
| SHANNON VINSON, Individually And On Behalf of All Others Similarly Situated, | DOCKET NUMBER: 07-cv-5457 |
| Plaintiff, | HON. RICHARD J. HOLWELL |
| vs. | |
| ALLOT COMMUNICATIONS, LTD., YIGAL JACOBY, RAMI HADAR AND ADI SAPIR, | |
| Defendants. | |

Having considered the motion of the Chen Group to consolidate all related cases, to be appointed Lead Plaintiff, and to approve proposed Lead Plaintiff's choice of counsel, and all papers in support thereof and in opposition thereto, and oral argument, if any, and good cause appearing therefor:

1. The Actions are hereby consolidated;

2. The Chen Group is hereby appointed Lead Plaintiff for the Class pursuant to Section 27(a)(3)(B) of the Securities Act of 1933; and

3. The law firm of Kahn Gauthier Swick, LLC is hereby appointed Lead Counsel for Lead Plaintiff and the Class.

IT IS SO ORDERED.

DATED: _____    _____
                                                    THE HONORABLE RICHARD J. HOLWELL
                                                    UNITED STATES DISTRICT JUDGE