**KAHN GAUTHIER SWICK, LLC**
Michael A. Swick (MS-9970)
Kim E. Miller (KM-6996)
12 East 41st Street, 12th Floor
New York, NY  10017
Telephone:  (212) 696-3730
Fax:  (504) 455-1498

**KAHN GAUTHIER SWICK, LLC**
Lewis S. Kahn
650 Poydras Street, Suite 2150
New Orleans, LA  70130
Telephone:  (504) 455-1400
Fax:  (504) 455-1498

*Counsel for the Chen Group and*
*Proposed Lead Counsel for the Class*

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRICKMAN INVESTMENTS, INC., Individually And On Behalf of All Others Similarly Situated, <br><br>                    Plaintiff, <br><br> vs. <br><br> ALLOT COMMUNICATIONS, LTD., YIGAL JACOBY, RAMI HADAR AND ADI SAPIR, <br><br>                    Defendants. | DOCKET NUMBER: 07-cv-3455 <br><br> HON. RICHARD J. HOLWELL |

(Caption continued on the following page)

**DECLARATION OF KIM E. MILLER IN SUPPORT OF THE MOTION OF THE CHEN GROUP TO CONSOLIDATE RELATED ACTIONS; TO BE APPOINTED LEAD PLAINTIFF; AND TO APPROVE PROPOSED LEAD PLAINTIFF'S CHOICE OF COUNSEL**

| | |
|---|---|
| GERALD BILGER, Individually And On Behalf of All Others Similarly Situated, | DOCKET NUMBER: 07-cv-3815 |
| Plaintiff, | HON. RICHARD J. HOLWELL |
| vs. | |
| ALLOT COMMUNICATIONS, LTD., YIGAL JACOBY, RAMI HADAR AND ADI SAPIR, | |
| Defendants. | |
| ELIYAHU MOKHTAR, Individually And On Behalf of All Others Similarly Situated, | DOCKET NUMBER: 07-cv-5456 |
| Plaintiff, | HON. RICHARD J. HOLWELL |
| vs. | |
| ALLOT COMMUNICATIONS, LTD., YIGAL JACOBY, RAMI HADAR AND ADI SAPIR, | |
| Defendants. | |
| SHANNON VINSON, Individually And On Behalf of All Others Similarly Situated, | DOCKET NUMBER: 07-cv-5457 |
| Plaintiff, | HON. RICHARD J. HOLWELL |
| vs. | |
| ALLOT COMMUNICATIONS, LTD., YIGAL JACOBY, RAMI HADAR AND ADI SAPIR, | |
| Defendants. | |

I, Kim E. Miller, hereby declare as follows:

1. I am member of the law firm of Kahn Gauthier Swick, LLC.

2. Movant seeks appointment as Lead Plaintiff pursuant to Section 27(a)(3)(B) of the Securities Act of 1933 (the "Securities Act") in the above-captioned action (the "Action").

3. I submit this Declaration, together with the attached exhibits, in support of the Motion of the Chen Group, to appoint the Chen Group to serve as Lead Plaintiff on behalf of the Class and to approve Movant's choice of Kahn Gauthier Swick, LLC, as Lead Counsel. I am fully familiar with the facts set forth herein.

4. Attached hereto as Exhibit A are true and correct copies of the sworn shareholder certifications of Chen Group members Shichao Chen, Cynthia Hober, and Robert Jonkheer, along with a summary loss chart.

5. Attached hereto as Exhibit B is a true and correct copy of the press release published on May 1, 2007, on *Business Wire*, a well-known, national business-oriented publication, announcing the pendency of the lawsuit commenced by Brickman Investments, Inc., against defendants herein.

7. Attached hereto as Exhibit C is a true and correct copy of the firm resume of Kahn Gauthier Swick, LLC.

I declare under penalty of perjury under the laws of the state of New York that the foregoing facts are true and correct. Executed this 2nd day of July, 2007, at New York, New York.

                                            /s/ Kim E. Miller_____
                                                Kim E. Miller