**CERTIFICATION IN SUPPORT OF APPLICATION FOR LEAD PLAINTIFF**

SHICHAO CHEN (name) ("plaintiff") declares, as to the claims asserted under the federal securities law, that:

1. Plaintiff has fully reviewed the facts of the complaint(s) filed in this action alleging violations of the securities laws and plaintiff is willing to serve as a lead plaintiff in this case and all other related cases that may be consolidated with it.

2. Plaintiff did not purchase securities of Allot Communications, Ltd. at the direction of counsel or in order to participate in a private action under the federal securities laws.

3. Plaintiff is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4. During the Class Period, plaintiff has executed transactions in the securities of Allot Communications, Ltd. as follows. See Attached Schedule.

5. In the last three years, plaintiff has not sought to serve as a representative party on behalf of a class in an action filed under the federal securities laws, except as indicated herein.

6. Plaintiff will not accept payment for serving as a lead plaintiff beyond its pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: 2/06, 2007

_____
Plaintiff

**Shichao Chen     Allot Communications Ltd. Transactions**

**Purchases**

| Date | Price | # Shares |
|---|---|---|
| 11/16/2006 | 14.5 | 1880 |
| 11/17/2006 | 12.88 | 1246 |
| 2/12/2007 | 9.65 | 2000 |
| 2/13/2007 | 9.05 | 2000 |

**Sales**

| Date | Price | # Shares |
|---|---|---|
| 2/12/2007 | 9.9 | 1700 |
| 4/23/2007 | 7.87 | 2326 |

## CERTIFICATION IN SUPPORT OF APPLICATION FOR LEAD PLAINTIFF

*Cynthia E. Hober* (name) ("plaintiff") declares, as to the claims asserted under the federal securities law, that:

1. Plaintiff has fully reviewed the facts of the complaint(s) filed in this action alleging violations of the securities laws and plaintiff is willing to serve as a lead plaintiff in this case and all other related cases that may be consolidated with it.

2. Plaintiff did not purchase securities of Allot Communications, Ltd. at the direction of counsel or in order to participate in a private action under the federal securities laws.

3. Plaintiff is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4. During the Class Period, plaintiff has executed transactions in the securities of Allot Communications, Ltd. as follows. See Attached Schedule.

5. In the last three years, plaintiff has not sought to serve as a representative party on behalf of a class in an action filed under the federal securities laws, except as indicated herein.

6. Plaintiff will not accept payment for serving as a lead plaintiff beyond its pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: 5/3 , 2007

_____
Plaintiff

(504) 455-1498

Name of plaintiff: **Cynthia Goltober**
Schedule of plaintiff's Transaction(s) in
Allot Communications, Ltd.

Purchase(s):

| Date | Units | Price |
|---|---|---|
| IPO DATE 11/16/06 | 1500 | $14.85 |

Sale(s):

| Date | Units | Price |
|---|---|---|

**Cynthia Hober    Allot Communications Ltd. Transactions**

**Purchases**

| # Shares | Price | Date |
|---|---|---|
| 1500 | 14.85 | 11/16/2006 |

## CERTIFICATION IN SUPPORT OF APPLICATION FOR LEAD PLAINTIFF

Robert Jonkheer ("plaintiff") declares, as to the claims asserted under the federal securities law, that:

1. Plaintiff has fully reviewed the facts of the complaint(s) filed in this action alleging violations of the securities laws and plaintiff is willing to serve as a lead plaintiff in this case and all other related cases that may be consolidated with it.

2. Plaintiff did not purchase securities of Allot Communications, Ltd. at the direction of counsel or in order to participate in a private action under the federal securities laws.

3. Plaintiff is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4. During the Class Period, plaintiff has executed transactions in the securities of Allot Communications, Ltd. as follows. See Attached Schedule.

5. In the last three years, plaintiff has not sought to serve as a representative party on behalf of a class in an action filed under the federal securities laws, except as indicated herein.

6. Plaintiff will not accept payment for serving as a lead plaintiff beyond its pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

| | |
|---|---|
| **From:** | Bob Jonkheer [bob.jonkheer@gmail.com] |
| **Sent:** | Monday, July 02, 2007 3:09 PM |
| **To:** | Lewis Kahn |
| **Subject:** | ALLOT law suit. |

I declare under penalty of perjury, that the attached certification is true and correct: Yes

By clicking "send", I intend to sign and execute this certification: Yes

7/2/2007    /s/ Robert G. Jonkheer

# Robert Jonkheer Allot Communications Ltd. Transactions

**Purchases**

| Date | Price | Date |
|---|---|---|
| 11/21/2006 | 11.5 | 1000 |
| 1/10/2007 | 10.1 | 1000 |
| 2/12/2007 | 9.75 | 500 |

## Chen Group        Allot Communications Ltd. Loss Chart

**Shichao Chen**

**Purchases**

| Date | Price | # Shares | | |
|---|---|---|---|---|
| 11/16/2006 | 14.5 | 1880 | $ | 27,260.00 |
| 11/17/2006 | 12.88 | 1246 | $ | 16,048.48 |
| 2/12/2007 | 9.65 | 2000 | $ | 19,300.00 |
| 2/13/2007 | 9.05 | 2000 | $ | 18,100.00 |
| | Total | 7126 | $ | 80,708.48 |

**Sales**

| Date | Price | # Shares | | |
|---|---|---|---|---|
| 2/12/2007 | 9.9 | 1700 | $ | 16,830.00 |
| 4/23/2007 | 7.87 | 2326 | $ | 18,305.62 |
| | Total | 4026 | $ | 35,135.62 |
| | Held | 3100 | $ | 22,500.42 |
| | **Total Loss** | | **$** | **23,072.44** |

**Cynthia Hober**

**Purchases**

| Date | Price | # Shares | | |
|---|---|---|---|---|
| 11/16/2006 | 14.85 | 1500 | $ | 22,275.00 |
| | Held | 1500 | $ | 10,887.30 |
| | **Total Loss** | | **$** | **11,387.70** |

**Robert Jonkheer**

**Purchases**

| Date | Price | # Shares | | |
|---|---|---|---|---|
| 11/21/2006 | 11.5 | 1000 | $ | 11,500.00 |
| 1/10/2007 | 10.1 | 1000 | $ | 10,100.00 |
| 2/12/2007 | 9.75 | 500 | $ | 4,875.00 |
| | Total | 2500 | $ | 26,475.00 |
| | Held | 2500 | $ | 18,145.50 |
| | **Total Loss** | | **$** | **8,329.50** |

| | **Chen Group Loss** | **$** | **42,789.64** |
|---|---|---|---|

**holdout price:**
7.2582
for shares held