UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| BRICKMAN INVESTMENTS INC., On Behalf of Itself and All Others Similarly Situated, | : : : : | Civil Action No. 1:07-cv-03455-RJH <br><br> CLASS ACTION |
| Plaintiff, | : : | |
| vs. | : : | |
| ALLOT COMMUNICATIONS LTD., et al., | : : | |
| Defendants. | : : | |
| GERALD BILGER, Individually and On Behalf of All Others Similarly Situated, | : : : | Civil Action No. 1:07-cv-03815-RJH <br><br> CLASS ACTION |
| Plaintiff, | : : | |
| vs. | : : | |
| ALLOT COMMUNICATIONS LTD., et al., | : : | |
| Defendants. | : : | |

[Caption continued on following page.]

NOTICE OF MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFFS
AND FOR APPROVAL OF SELECTION OF LEAD COUNSEL

|  |  |
|---|---|
| ELIYAHU MOKHTAR, Individually and On Behalf of All Others Similarly Situated, | Civil Action No. 1:07-cv-05456-RJH |
| Plaintiff, | CLASS ACTION |
| vs. |  |
| ALLOT COMMUNICATIONS LTD., et al., |  |
| Defendants. |  |
| SHANNON VINSON, Individually and On Behalf of All Others Similarly Situated, | Civil Action No. 1:07-CV-05457-RJH |
| Plaintiff, | CLASS ACTION |
| vs. |  |
| ALLOT COMMUNICATIONS LTD., et al., |  |
| Defendants. |  |

PLEASE TAKE NOTICE that class members Brickman Investments Inc. and John Spitz will hereby move this Court, on a date and at such time as may be designated by the Court, for an Order (attached hereto as Exhibit A): (i) consolidating the Actions; (ii) appointing Brickman Investments Inc. and John Spitz as Lead Plaintiffs; (iii) approving Brickman Investments Inc. and John Spitz's selection of the law firms of Lerach Coughlin Stoia Geller Rudman & Robbins LLP and Schiffrin Barroway Topaz & Kessler, LLP to serve as Lead Counsel; and (iv) granting such other and further relief as the Court may deem just and proper.  In support of this Motion, Brickman Investments Inc. and John Spitz submit herewith a Memorandum of Law and Declaration of Mario Alba, Jr. dated July 2, 2007.

DATED:  July 2, 2007

LERACH COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
SAMUEL H. RUDMAN (SR-7957)
DAVID A. ROSENFELD (DR-7564)
MARIO ALBA, JR. (MA-7240)


           /s/ *Mario Alba, Jr.*
           MARIO ALBA, JR.

58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)

SCHIFFRIN BARROWAY TOPAZ
   & KESSLER, LLP
STUART L. BERMAN
SEAN M. HANDER
IAN D. BERG
280 King of Prussia Road
Radnor, PA  19087
Telephone:  610/667-7706
610/667-7056 (fax)

[Proposed] Co-Lead Counsel for Plaintiffs

ABRAHAM FRUCHTER & TWERSKY LLP
JACK G. FRUCHTER
One Penn Plaza
Suite 2805
New York, NY 10119
Telephone: 212/279-5050
212/279-3655 (fax)

Additional Counsel

## CERTIFICATE OF SERVICE

I, Mario Alba Jr., hereby certify that on July 2, 2007, I caused a true and correct copy of the attached:

>   Notice Of Motion For Consolidation, Appointment As Lead Plaintiff And For Approval Of Selection Of Lead Counsel;
>
>   Memorandum In Support Of The Motion Of Brickman Investments Inc. And John Spitz For Consolidation, Appointment As Lead Plaintiff And For Approval Of Selection Of Lead Counsel;
>
>   Declaration of Mario Alba, Jr. In Support Of The Motion Of Brickman Investments Inc. And John Spitz For Consolidation, Appointment As Lead Plaintiff And For Approval Of Selection Of Lead Counsel

to be served: (i) electronically on all counsel registered for electronic service for this case; and (ii) by first-class mail to all additional counsel on the attached service list.

      /s/ *Mario Alba, Jr.*
      Mario Alba, Jr.

ALLOT COMMUNICATIONS

Service List - 7/2/2007    (07-0093)

Page 1 of 1

**Counsel For Defendant(s)**

Vincent R. Fitzpatrick, Jr.
Douglas P. Baumstein
White & Case LLP
1155 Avenue of the Americas
New York, NY  10036-2787
   212/819-8200
   212/354-8113 (Fax)

Gideon A. Schor
Wilson Sonsini Goodrich & Rosati, P.C.
1301 Avenue of the Americas, 40th Floor
New York, NY  10019
   212/999-5800
   212/999-5899 (Fax)

**Counsel For Plaintiff(s)**

Jack G. Fruchter
Abraham, Fruchter & Twersky
One Pennsylvania Plaza, Suite 2805
New York, NY  10119
   212/279-5050
   212/279-3655 (Fax)

Evan J. Smith
Brodsky & Smith, LLC
240 Mineola Blvd., 1st Floor
Mineola, NY  11501
   516/741-4977
   516/741-0626 (Fax)

Nadeem Faruqi
Shane T. Rowley
Antonio Vozzolo
Faruqi & Faruqi, LLP
369 Lexington Avenue, 10th Floor
New York, NY  10017-6531
   212/983-9330
   212/983-9331 (Fax)

Corey D. Holzer
Michael I. Fistel, Jr.
Holzer Holzer & Fistel, LLC
1117 Perimeter Center West, Suite E-107
Atlanta, GA  30338
   770/392-0090
   770/392-0029 (Fax)

Samuel H. Rudman
David A. Rosenfeld
Mario Alba, Jr.
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
58 South Service Road, Suite 200
Melville, NY  11747
   631/367-7100
   631/367-1173 (Fax)

Richard A. Maniskas
D. Seamus Kaskela
Schiffrin Barroway Topaz & Kessler, LLP
280 King of Prussia Road
Radnor, PA  19087
   610/667-7706
   610/667-7056 (Fax)