UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRICKMAN INVESTMENTS INC., On Behalf of Itself and All Others Similarly Situated,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>ALLOT COMMUNICATIONS LTD., et al.,<br><br>　　　　　　Defendants. | Civil Action No. 1:07-cv-03455-RJH<br><br>CLASS ACTION |
| GERALD BILGER, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>ALLOT COMMUNICATIONS LTD., et al.,<br><br>　　　　　　Defendants. | Civil Action No. 1:07-cv-03815-RJH<br><br>CLASS ACTION |

[Caption continued on following page.]

[PROPOSED] ORDER CONSOLIDATING THE ACTIONS, APPOINTING LEAD
PLAINTIFFS AND APPROVING SELECTION OF LEAD COUNSEL

| | |
|---|---|
| ELIYAHU MOKHTAR, Individually and On Behalf of All Others Similarly Situated,<br><br>            Plaintiff,<br><br>vs.<br><br>ALLOT COMMUNICATIONS LTD., et al.,<br><br>            Defendants. | Civil Action No. 1:07-cv-05456-RJH<br><br><u>CLASS ACTION</u> |
| SHANNON VINSON, Individually and On Behalf of All Others Similarly Situated,<br><br>            Plaintiff,<br><br>vs.<br><br>ALLOT COMMUNICATIONS LTD., et al.,<br><br>            Defendants. | Civil Action No. 1:07-CV-05457-RJH<br><br><u>CLASS ACTION</u> |

Having considered the motion of Brickman Investments Inc. and John Spitz for Consolidation, Appointment as Lead Plaintiffs and Approval of Selection of Lead Counsel and the Memorandum of Law and Declaration of Mario Alba Jr., in support thereof, and good cause appearing therefor:

1. The Actions are hereby consolidated;

2. Brickman Investments Inc. and John Spitz are hereby appointed Lead Plaintiffs for the Class pursuant to Section 27 of the Securities Act of 1933; and

3. The law firms of Lerach Coughlin Stoia Geller Rudman & Robbins LLP and Schiffrin Barroway Topaz & Kessler, LLP are hereby appointed Lead Counsel.

IT IS SO ORDERED.

DATED: _____   _____
THE HONORABLE RICHARD J. HOLWELL
UNITED STATES DISTRICT JUDGE