UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| BRICKMAN INVESTMENTS INC., On Behalf of Itself and All Others Similarly Situated, | : : : | Civil Action No. 1:07-cv-03455-RJH |
| | : | CLASS ACTION |
| Plaintiff, | : | |
| vs. | : | |
| ALLOT COMMUNICATIONS LTD., et al., | : | |
| Defendants. | : | |
| GERALD BILGER, Individually and On Behalf of All Others Similarly Situated, | : : : | Civil Action No. 1:07-cv-03815-RJH |
| | : | CLASS ACTION |
| Plaintiff, | : | |
| vs. | : | |
| ALLOT COMMUNICATIONS LTD., et al., | : | |
| Defendants. | : | |

[Caption continued on following page.]

DECLARATION OF MARIO ALBA JR. IN SUPPORT OF THE MOTION OF BRICKMAN INVESTMENTS INC. AND JOHN SPITZ FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFFS AND FOR APPROVAL OF SELECTION OF LEAD COUNSEL

|  |  |
|---|---|
| ELIYAHU MOKHTAR, Individually and On Behalf of All Others Similarly Situated, | Civil Action No. 1:07-cv-05456-RJH |
| Plaintiff, | CLASS ACTION |
| vs. |  |
| ALLOT COMMUNICATIONS LTD., et al., |  |
| Defendants. |  |
| SHANNON VINSON, Individually and On Behalf of All Others Similarly Situated, | Civil Action No. 1:07-CV-05457-RJH |
| Plaintiff, | CLASS ACTION |
| vs. |  |
| ALLOT COMMUNICATIONS LTD., et al., |  |
| Defendants. |  |

Mario Alba, Jr., declares under penalty of perjury:

1. I am an associate with Lerach Coughlin Stoia Geller Rudman & Robbins LLP ("Lerach Coughlin"), one of plaintiff's counsel in the action entitled *Brickman Investments Inc. v. Allot Communications Ltd.*, et al., Civil Action No. 1:07-cv-03455-RJH (the "*Brickman Investments* Action"). I submit this Declaration in support of the Motion of Brickman Investments Inc. and John Spitz for consolidation, appointment as Lead Plaintiffs and for approval of selection of Lead Counsel.

2. Attached hereto as Exhibit A is a true and accurate copy of the first notice published regarding the pendency of these actions, published by plaintiff in the *Brickman Investments* Action on *Business Wire*, a national, business-oriented newswire service, on May 1, 2007.

3. Attached hereto as Exhibit B is a true and accurate copy of a loss chart presenting the transactions in the subject securities and summarizing the estimated collective losses of Brickman Investments Inc. and John Spitz at approximately $11,548.00, in connection with their transactions in Allot Communications Ltd. shares during the Class Period.

4. Attached hereto as Exhibit C are the certifications of Brickman Investments Inc. and John Spitz.

5. Attached hereto as Exhibit D is a true copy of the firm resume of Lerach Coughlin.

6. Attached hereto as Exhibit E is a true copy of the firm resume of Schiffrin Barroway Topaz & Kessler, LLP.

DATED: July 2, 2007

/s/ *Mario Alba, Jr.*
MARIO ALBA, JR. (MA-7240)

**CERTIFICATE OF SERVICE**

I, Mario Alba Jr., hereby certify that on July 2, 2007, I caused a true and correct copy of the attached:

> Notice Of Motion For Consolidation, Appointment As Lead Plaintiff And For Approval Of Selection Of Lead Counsel;
>
> Memorandum In Support Of The Motion Of Brickman Investments Inc. And John Spitz For Consolidation, Appointment As Lead Plaintiff And For Approval Of Selection Of Lead Counsel;
>
> Declaration of Mario Alba, Jr. In Support Of The Motion Of Brickman Investments Inc. And John Spitz For Consolidation, Appointment As Lead Plaintiff And For Approval Of Selection Of Lead Counsel

to be served: (i) electronically on all counsel registered for electronic service for this case; and (ii) by first-class mail to all additional counsel on the attached service list.

        /s/ *Mario Alba, Jr.*
        Mario Alba, Jr.

ALLOT COMMUNICATIONS

Service List - 7/2/2007    (07-0093)

Page 1 of 1

**Counsel For Defendant(s)**

Vincent R. Fitzpatrick, Jr.
Douglas P. Baumstein
White & Case LLP
1155 Avenue of the Americas
New York, NY  10036-2787
  212/819-8200
  212/354-8113 (Fax)

Gideon A. Schor
Wilson Sonsini Goodrich & Rosati, P.C.
1301 Avenue of the Americas, 40th Floor
New York, NY  10019
  212/999-5800
  212/999-5899 (Fax)

**Counsel For Plaintiff(s)**

Jack G. Fruchter
Abraham, Fruchter & Twersky
One Pennsylvania Plaza, Suite 2805
New York, NY  10119
  212/279-5050
  212/279-3655 (Fax)

Evan J. Smith
Brodsky & Smith, LLC
240 Mineola Blvd., 1st Floor
Mineola, NY  11501
  516/741-4977
  516/741-0626 (Fax)

Nadeem Faruqi
Shane T. Rowley
Antonio Vozzolo
Faruqi & Faruqi, LLP
369 Lexington Avenue, 10th Floor
New York, NY  10017-6531
  212/983-9330
  212/983-9331 (Fax)

Corey D. Holzer
Michael I. Fistel, Jr.
Holzer Holzer & Fistel, LLC
1117 Perimeter Center West, Suite E-107
Atlanta, GA  30338
  770/392-0090
  770/392-0029 (Fax)

Samuel H. Rudman
David A. Rosenfeld
Mario Alba, Jr.
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
58 South Service Road, Suite 200
Melville, NY  11747
  631/367-7100
  631/367-1173 (Fax)

Richard A. Maniskas
D. Seamus Kaskela
Schiffrin Barroway Topaz & Kessler, LLP
280 King of Prussia Road
Radnor, PA  19087
  610/667-7706
  610/667-7056 (Fax)