**KAHN GAUTHIER SWICK, LLC**
Michael A. Swick (MS-9970)
Kim E. Miller (KM-6996)
12 East 41st Street, 12th Floor
New York, NY 10017
Telephone: (212) 696-3730
Fax: (504) 455-1498

**KAHN GAUTHIER SWICK, LLC**
Lewis S. Kahn
650 Poydras Street, Suite 2150
New Orleans, LA 70130
Telephone: (504) 455-1400
Fax: (504) 455-1498

*Counsel for the Chen Group and*
*Proposed Lead Counsel for the Class*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BRICKMAN INVESTMENTS, INC., Individually And On Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>vs.<br><br>ALLOT COMMUNICATIONS, LTD., YIGAL JACOBY, RAMI HADAR AND ADI SAPIR,<br><br>      Defendants. | DOCKET NUMBER: 07-cv-3455<br><br>HON. RICHARD J. HOLWELL |

(Caption continued on the following page)

**DECLARATION OF KIM E. MILLER IN SUPPORT OF MEMORANDUM OF LAW IN FURTHER SUPPPORT OF THE MOTION OF THE CHEN GROUP TO CONSOLIDATE RELATED ACTIONS; TO BE APPOINTED LEAD PLAINTIFF; AND TO APPROVE PROPOSED LEAD PLAINTIFF'S CHOICE OF COUNSEL; AND IN OPPOSITION TO ALL OTHER COMPETING MOTIONS**

| | | |
|---|---|---|
| GERALD BILGER, Individually And On Behalf of All Others Similarly Situated, | ) ) ) ) | DOCKET NUMBER: 07-cv-3815 |
| Plaintiff, | ) ) ) | HON. RICHARD J. HOLWELL |
| vs. | ) ) ) | |
| ALLOT COMMUNICATIONS, LTD., YIGAL JACOBY, RAMI HADAR AND ADI SAPIR, | ) ) ) ) | |
| Defendants. | ) ) | |
| ELIYAHU MOKHTAR, Individually And On Behalf of All Others Similarly Situated, | ) ) ) ) | DOCKET NUMBER: 07-cv-5456 |
| Plaintiff, | ) ) ) | HON. RICHARD J. HOLWELL |
| vs. | ) ) ) | |
| ALLOT COMMUNICATIONS, LTD., YIGAL JACOBY, RAMI HADAR AND ADI SAPIR, | ) ) ) ) | |
| Defendants. | ) ) | |
| SHANNON VINSON, Individually And On Behalf of All Others Similarly Situated, | ) ) ) ) | DOCKET NUMBER: 07-cv-5457 |
| Plaintiff, | ) ) ) | HON. RICHARD J. HOLWELL |
| vs. | ) ) ) | |
| ALLOT COMMUNICATIONS, LTD., YIGAL JACOBY, RAMI HADAR AND ADI SAPIR, | ) ) ) ) | |
| Defendants. | ) ) | |

I, Kim E. Miller, hereby declare as follows:

1. I am a member of the law firm of Kahn Gauthier Swick, LLC, counsel for Lead Plaintiff Movant the Chen Group in the above-referenced actions. I submit this declaration in support of the Memorandum of Law in Further Support of the Motion of the Chen Group to Consolidate the Related Actions, to Be Appointed Lead Plaintiff, and to Approve Proposed Lead Plaintiffs' Choice of Counsel; and In Opposition to Motions of All Competing Lead Plaintiff Movants.

2. Attached hereto are true and correct copies of the following:

**Exhibit A**   Joint Declaration of the Chen Group;

**Exhibit B**   Firm resume of the Law Offices of Jacob Sabo;

**Exhibit C**   *In re Amdocs, Ltd Sec Litig.*, USDC E.D.Mo., No. 02CV00950(HEA), Order Approving Stipulation and Appointing Lead Plaintiffs and Co-Lead and Liaison Counsel;

**Exhibit D**   *In re Gilat Satellite Networks Ltd. Sec. Litig.*, USDC E.D.N.Y., No. 02-1510 (CPS), Order;

**Exhibit E**   *In re Lumenis, Ltd. Sec. Litig.*, USDC S.D.N.Y., 2003 U.S. Dist. LEXIS 10348.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed this 17th day of July, 2007 at New York, New York.

Dated: July 17, 2007                                            Respectfully submitted,

                                                                KAHN GAUTHIER SWICK, LLC

                                                                /s/ Kim E. Miller____

Michael A. Swick (MS-9970)
Kim E. Miller (KM-6996)
12 East 41st Street, 12th Floor
New York, NY  10017
Telephone:  (212) 696-3730
Fax:  (504) 455-1498

KAHN GAUTHIER SWICK, LLC
Lewis S. Kahn
650 Poydras St., Suite 2150
New Orleans, Louisiana 70130
Telephone: (504) 455-1400
Facsimile: (504) 455-1498

*Counsel for the Chen Group and Proposed Lead Counsel for the Class*