# EXHIBIT B

## THE LAW OFFICE OF JACOB SABO

The Tower No. 3 Daniel Frisch Street 15th Floor

Tel Aviv, Israel 64731

Telephone: 011 972 3 607 88 88

Facsimile: 011 972 3 607 88 89

The Law Office of Jacob Sabo is a well known Israeli Law firm with a reputation for representing investors and consumers in Israeli and in the United States courts for over twenty years. Based in Tel-Aviv, Israel and with collaboration with leading US firms throughout the United States, the Law Office Of Jacob Sabo has developed expertise prosecuting securities fraud, antitrust and complex commercial litigation. As Lead Counsel or as a member of Plaintiffs' Counsel Executive Committees, the Law Office Of Jacob Sabo has recovered considerable amounts for parties wronged by corporate fraud and malfeasance, in both the United States and Israeli jurisdictions. The firm's efforts on behalf of individual investors have been the subject of several articles in Israeli press. In calendar year 2003, Attorney Jacob Sabo was declared the Leading Class Action Attorney of that year by *Globes*, Israel's leading business newspaper.

Supporting complex litigation as either co-Lead Counsel or as liaison to Lead or Co-Lead Counsel, in matters relating to Israeli corporations, Attorney Jacob Sabo has achieved significant recoveries for class members, including:

*In re ECI Telecom Ltd. Securities Litigation*, USDC Eastern Virginia Civil Action No. 01-913-A, in which Jacob Sabo served as counsel to Glancy & Binkow LLP and assisted in the recovery of almost $22 million for defrauded ECI investors.

*In re ESC Medical Systems, Ltd. Securities Litigation*, USDC Southern New York 98 Civ. 7530, a securities fraud class action in which Jacob Sabo served as member of the Executive committee of Lead counsels and assisted in achieving a settlement valued in excess of $17 million.

*In re Nice Systems Securities Litigation*, USDC New Jersey 2.01 CV 737, in which Jacob Sabo supported Co-Lead Counsel's efforts and assisted in recovering $10 million for defrauded Nice Systems Ltd.'s U.S. stockholders. This amount is the U.S. leg of a similar litigation in Israel in which Jacob Sabo assisted in achieving a recovery of $ 5 million for defrauded Nice Systems Ltd.'s Israeli stockholders.

Jacob Sabo currently serves as Co-Lead Counsel or supporting Lead or co-Lead counsels in numerous securities fraud actions throughout the United States, including, among others:

*In re Gilat Satellite Networks, Ltd. Sec. Litig.*,
USDC Eastern New York, Case No. 02-1510 CPS

1

*In re Lumenis, Ltd. Sec. Litig.,*
USDC Southern New York, Case No.02-CV-1989 DAB

*In re Amdocs Ltd. Sec. Litig.,*
USDC Eastern Missouri, Case No. 02CV950 HEA

The Law office of Jacob Sabo is also involved in numerous Securities fraud litigations in Israeli Courts.

Jacob Sabo, the founding partner of the firm, was born in Tel-Aviv, Israel on March 13, 1953. Mr. Sabo earned his law degree (L.L.B) in 1980 from Tel-Aviv University. He also completed post-graduate studies at the New York University.

Mr. Sabo is a member of both the Israeli and New York Bar associations.

In Israel, he serves as member of several committees of the Israel Bar including the class action committee and the courts committee. He also chairs the committee of administrative tribunals and the American Bar Association·