# EXHIBIT C

FILED
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

KERRY CHAMBERS, on behalf of himself and all others similarly situated,

Plaintiff,

v.

AMDOCS LIMITED, BRUCE K. ANDERSON, ROBERT A. MINUCCI, AVINOAM NAOR, and DOV BAHARAV,

Defendants.

Case No.: 4:02cv00950 HEA

**ORDER APPROVING STIPULATION AND APPOINTING LEAD PLAINTIFFS AND CO-LEAD AND LIAISON COUNSEL**

Having considered Plaintiffs' motions for appointment as Lead Plaintiffs, and for approval of their selection of Lead and Liaison Counsel, along with the Memoranda of Law, the Declarations of counsel, and all exhibits in support thereof, and good cause appearing therefor:

IT IS HEREBY ORDERED:

## I. MASTER DOCKET AND MASTER FILES

1. A Master File is hereby established for this proceeding. The Master File shall be Case No. 4:02cv00950 HEA. The Clerk shall file all pleadings in the Master File and note such filings on the Master Docket.

2. The Clerk shall mail a copy of this Order to counsel of record in the Consolidated Action.

## II. CAPTION OF THE CASE

3. Every pleading filed in the Consolidated Action shall now bear the following caption:

| | | |
|---|---|---|
| IN RE AMDOCS LIMITED<br>SECURITIES LITIGATION | ) | Case No. 4:02cv00950 HEA |

## III. NEWLY-FILED OR TRANSFERRED ACTIONS

4. This Court requests the assistance of counsel in calling to the attention of the Clerk of this Court the filing or transfer of any case that might properly be consolidated as part of this Consolidated Action.

5. When an action that arises out of the same subject matter of the Consolidated Action is hereinafter filed in this Court or transferred from another Court, the Clerk of this Court shall:

a. File a copy of this Order in the separate file for such action;

b. Mail a copy of this Order to the attorneys for the plaintiff(s) in the newly-filed or transferred case and to any new defendant(s) in the newly-filed or transferred case; and

c. Make the appropriate entry in the Master Docket for the Consolidated Action.

6. Each new action that arises out of the subject matter of the Consolidated Action which is filed in this Court or transferred to this Court shall be consolidated with the Consolidated Action. This Order shall apply to each new action unless a party objects to

consolidation or any provision of this Order as provided herein, within ten (10) days after the date upon which a copy of this Order is served on counsel for such party by filing an application for relief, and this Court deems it appropriate to grant such application. Nothing in the foregoing shall be construed as a waiver of the Defendants' right to object to consolidation of any subsequently-filed or transferred related action.

## IV. APPOINTMENT OF LEAD PLAINTIFFS, LEAD COUNSEL, AND LIAISON COUNSEL

7. The following class members are appointed Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 ("Exchange Act"):Westgate Alpha Fund L.P., Westgate Premier Growth Fund L.P., James Nicolson, Jerry Fields as Trusteee of the Fields Trust, Epsilon Mutual Funds Management (1991) Co., Ltd., Binmar Investments, Ltd., and the Altshuler-Shaham Mutual Fund.

8. The law firms of Milberg Weiss Bershad Hynes & Lerach LLP ("Milberg Weiss") and Glancy & Binkow LLP are appointed Co-Lead Counsel ("Lead Counsel"), and the law firm of Gallop, Johnson & Neuman, L.C. is appointed Liaison Counsel ("Liaison Counsel").

9. With the approval of the Court, Co-Lead Counsel shall assume and exercise the following powers and responsibilities:

a. To coordinate the briefing and argument of motions;

b. To coordinate the conduct of written discovery proceedings;

c. To coordinate the examination of witnesses in depositions;

d. To coordinate the selection of counsel to act as spokesperson at pre-trial conferences;

e. To call meetings of the plaintiffs' counsel as they deem necessary and appropriate from time to time;

f. To conduct all settlement negotiations with counsel for the defendants;

g. To coordinate and direct the preparation for trial, and the trial of this matter and to delegate work responsibilities to selected counsel as may be required;

h. To receive orders, notices, correspondence and telephone calls from the Court on behalf of all plaintiffs, and to transmit copies of such orders, notices, correspondence and memoranda of such telephone calls to plaintiffs' counsel; and

i. To supervise any other matters concerning the prosecution or resolution of the Consolidated actions.

10. With respect to scheduling and/or procedural matters, Defendants' counsel may rely upon all agreements with Co-Lead Counsel.

11. No pleadings or other papers shall be filed or discovery conducted by any Plaintiff except as directed or undertaken by Co-Lead Counsel.

12. Counsel in any related action that is consolidated with the Consolidated Action shall be bound by this organizational structure of Plaintiffs' counsel.

## V. SERVICE OF PLEADINGS AND OTHER PARTIES

13. Service by the Defendants on Plaintiffs of any papers shall be deemed to be complete for all purposes when a copy is served on both Co-Lead and Liaison Counsel.

14. An Amended Consolidated Complaint shall be filed no later than sixty (60) days after the effective date of this Order.

SO ORDERED THIS 2 day of January, 2003

THE HONORABLE HENRY E. AUTREY
UNITED STATES DISTRICT COURT JUDGE

Copies furnished to all counsel of record

UNITED STATES DISTRICT COURT EASTERN MISSOURI
INTERNAL RECORD KEEPING

**** CONSOLIDATED CASE ****

AN ORDER, JUDGMENT OR ENDORSEMENT WAS SCANNED, FAXED AND/OR MAILED TO THE FOLLOWING INDIVIDUALS ON 01/02/03 by cabrams
4:02cv950 Chambers vs Amdocs Limited

15:78m(a) Securities Exchange Act

| Name | Fax |
|---|---|
| Jonathan Andres - 73763 | Fax: 314-862-1606 |
| Andrew Barroway - | Fax: 610-667-7056 |
| Stuart Berman - | Fax: 610-667-7056 |
| Jerome Birn - | Fax: 650-565-5100 |
| Ken Chang - | Fax: 212-486-2093 |
| Darren Check - | Fax: 610-667-7056 |
| Howard Coates - | Fax: 561-750-3364 |
| Nadeem Faruqi - | Fax: 212-983-9331 |
| Lionel Glancy - | Fax: 310-201-9160 |
| Michael Goldberg - | Fax: 310-201-9160 |
| Martin Green - 3265 | Fax: 314-862-1606 |
| Deborah Gross - | Fax: 215-561-3000 |
| Susan Gross - | Fax: 215-561-3000 |
| David Helms - 83584 | Fax: 314-241-6056 |
| Marc Henzel - | Fax: 610-660-8080 |

Fred Isquith -
WOLF AND HALDENSTEIN
270 Madison Avenue
New York City, NY 10016

| Name | Fax |
|---|---|
| Christopher Jones - 84030 | Fax: 561-367-8400 |
| Melanie King - 57268 | Fax: 314-615-6001 |
| Charles Kramer - 3605 | Fax: 314-727-6458 |
| Daniel Krasner - | Fax: 212-545-4653 |
| Lester Levy - | Fax: 212-486-2093 |
| Gregory Mueller - 12680 | Fax: 314-421-4404 |
| Gregory Nespole - | Fax: 212-545-4677 |
| Christopher Petri - 97807 | Fax: 314-615-6001 |
| Jack Reise - | Fax: 561-750-3364 |
| Brian Robbins - | Fax: 619-525-3991 |
| Albert Rose - 72292 | Fax: 314-241-6056 |
| James Rosemergy - 111477 | Fax: 314-721-0905 |
| Andrew Rothschild - 4214 | Fax: 314-241-6056 |
| Samuel Rudman - | Fax: 212-868-1229 |
| Steven Schulman - | Fax: 212-868-1229 |
| Michael Schwartz - | Fax: 212-486-2093 |
| Jonathan Stein - | Fax: 561-750-3364 |
| Marc Topaz - | Fax: 610-667-7056 |
| Kenneth Vianale - | Fax: 561-367-8400 |
| Jack Walsh - | Fax: 314-615-6001 |
| James Walsh - 4631 | Fax: 636-532-0857 |
| John Walsh - 4632 | Fax: 314-615-6001 |

SCANNED & FAXED BY
JAN - 2 2003
KH