Welcome, **mariojr324**   Finance Home - Help   
[Sign Out, My Account]

**Welcome** [Sign In]                                                                                        To track stocks & more, Register

## Financial News

Enter symbol(s)           Basic           Get    Symbol Lookup

**Press Release**                                                                                     Source: Kahn Gauthier Swick, LLC

# KGS Announces That a Shareholder Class Action Lawsuit Has Been Filed Against Allot Communications Ltd.

Wednesday May 2, 12:33 am ET

NEW ORLEANS, LA--(MARKET WIRE)--May 2, 2007 -- Kahn Gauthier Swick, LLC ("KGS") announces that shareholders of Allot Communications Ltd. ("Allot" or the "Company") (NasdaqGM:ALLT - News) who purchased shares of the Company in connection with its November 15, 2006 Initial Public Offering ("IPO") or who purchased shares thereafter in the open market, have until July 2, 2007 to move for appointment as Lead Plaintiff in a securities class action lawsuit currently pending in the United States District Court for the Southern District of New York. No class has yet been certified in this action.

UNTIL A CLASS IS CERTIFIED, YOU ARE NOT PERSONALLY REPRESENTED BY COUNSEL UNLESS YOU RETAIN AN ATTORNEY.

If you purchased shares of Allot in connection with the IPO or if you purchased shares thereafter in the open market, you are urged to contact Lewis Kahn, Managing Partner, KGS, toll free 1-866-467-1400, ext. 100, via cell phone at 504-301-7900, or by email at lewis.kahn@kgscounsel.com to learn about your legal rights and how this action may benefit you. For further information on KGS, please visit www.kgscounsel.com.

Allot and certain officers, directors and underwriters are charged with including false and misleading statements in the registration statement and proxy-prospectus issued in connection with the IPO in direct violation of the Securities Act of 1933. Specifically, defendants each failed to reveal, at that time of the IPO, that Allot was experiencing declining sales in its indirect distribution channels, including enterprise, education and smaller ISP customers, in North America.

It was only on April 2, 2007, that Allot revealed the truth about the company, when it issued a press release announcing that revenues and earnings for the first quarter of 2007 and the 2007 fiscal year would be lower than previous guidance issued only two months ago. In response to this news, Allot stock fell dramatically on heavy volume, declining from $9.15 per share to $7.11 per share on April 2, 2007 -- approximately 40% below the IPO price.

If you wish to serve as lead plaintiff in this case, you must move the Court no later than July 2, 2007. Any member of the purported class may move the Court to serve as lead plaintiff through counsel of their choice, or may choose to do nothing and remain an absent class member. If you would like to discuss your legal rights, you may e-mail or call KGS, without obligation or cost to you. You may contact Managing Partner Lewis Kahn of KGS direct, toll free 1-866-467-1400, ext. 100, or by email at lewis.kahn@kgscounsel.com. KGS focuses its practice on securities fraud litigation, and the firm's lawyers have significant experience working on securities fraud cases that have resulted in significant recoveries for shareholders. For more information on KGS, please visit www.kgscounsel.com.

SPECIAL NOTICE: Multiple law firms often file the same class action. However, courts will generally appoint only one of these firms to prosecute a securities fraud action on behalf of the shareholders based upon the amount of losses its "lead plaintiffs" have suffered. Accordingly, while KGS urges you to sign up with the firm, KGS also encourages you to carefully evaluate any other firm that may be competing with KGS to prosecute the Allot class action, should you be considering another firm. Critical components of a law firm's ability to successfully prosecute this action and obtain a strong recovery for you include the resources it will dedicate to prosecution of the case, including the number of lawyers the firm has available for the Allot action in particular, AND especially the quality of the firm's work. Interested shareholders are encouraged to call for consultation and to request more information about KGS.

*Contact:*

    Contact:

    Lewis Kahn

KGS
1-866-467-1400, ext. 100
email: lewis.kahn@kgscounsel.com

Source: Kahn Gauthier Swick, LLC

Copyright © 2007 Yahoo! Inc. All rights reserved. Privacy Policy - Terms of Service - Copyright Policy - Ad Feedback
Copyright © 2007 Marketwire. All rights reserved. All the news releases provided by Marketwire are copyrighted. Any forms of copying other than an individual user's personal reference without express written permission is prohibited. Further distribution of these materials is strictly forbidden, including but not limited to, posting, emailing, faxing, archiving in a public database, redistributing via a computer network or in a printed form.