Yahoo!  My Yahoo!  Mail                    Search:                                              Web Search

   Welcome, **mariojr324**         Finance Home - Help         
[Sign Out, My Account]

**Welcome** [Sign In]                                                          To track stocks & more, Register

## Financial News

Enter symbol(s)          Basic           Get   Symbol Lookup

**Press Release**                                               Source: Kahn Gauthier Swick, LLC

# INVESTOR ALERT: KGS Announces Only 2 Days Remain for Allot Communications Ltd. Investors to Request Lead Plaintiff Position in Shareholder Class Action Lawsuit -- ALLT

Saturday June 30, 7:39 pm ET

NEW ORLEANS, June 30, 2007 (PRIME NEWSWIRE) -- Kahn Gauthier Swick, LLC (``KGS'') announces that shareholders of Allot Communications Ltd. (``Allot'' or the ``Company'') (NasdaqGM:ALLT - News) who purchased shares of the Company in connection with its November 15, 2006 Initial Public Offering (``IPO'') or who purchased shares thereafter in the open market, have ONLY 2 DAYS, or until July 2, 2007 to move for appointment as Lead Plaintiff in a securities class action lawsuit currently pending in the United States District Court for the Southern District of New York. No class has yet been certified in this action.

IF YOU PURCHASED SHARES OF ALLOT SUBSEQUENT TO THE IPO AND LOST MONEY ON YOUR TRANSACTIONS, KGS LAWYERS ARE AVAILABLE OVER THE WEEKEND TO DISCUSS YOUR LEGAL RIGHTS. YOU MAY IMMEDIATELY REACH LEWIS KAHN, KGS MANAGING PARTNER, VIA CELL 504.301.7900 OR VIA EMAIL LEWIS.KAHN@KGSCOUNSEL.COM, OR YOU MAY VISIT http://www.kgscounsel.com/case/case.asp?lngCaseId=4995 FOR MORE INFORMATION.

Allot and certain officers, directors and underwriters are charged with including false and misleading statements in the registration statement and proxy-prospectus issued in connection with the IPO in direct violation of the Securities Act of 1933. Specifically, defendants each failed to reveal, at that time of the IPO, that Allot was experiencing declining sales in its indirect distribution channels, including enterprise, education and smaller ISP customers, in North America.

SPECIAL NOTICE: Multiple law firms often file the same class action. However, courts will generally appoint only one of these firms to prosecute a securities fraud action on behalf of the shareholders based upon the amount of losses its ``lead plaintiffs'' have suffered. Accordingly, while KGS urges you to sign up with the firm, KGS also encourages you to carefully evaluate any other firm that may be competing with KGS to prosecute the Allot class action, should you be considering another firm. Critical components of a law firm's ability to successfully prosecute this action and obtain a strong recovery for you include the resources it will dedicate to prosecution of the case, including the number of lawyers the firm has available for the Allot action in particular, AND especially the quality of the firm's work. Interested shareholders are encouraged to call for consultation and to request more information about KGS.

More information on this and other class actions can be found on the Class Action Newsline at http://www.primenewswire.com/ca/

*Contact:*

```
KGS
Lewis Kahn
1-866-467-1400, ext. 100
lewis.kahn@kgscounsel.com
```

Source: Kahn Gauthier Swick, LLC

Copyright © 2007 Yahoo! Inc. All rights reserved. Privacy Policy - Terms of Service - Copyright Policy - Ad Feedback
Copyright © 2007 PrimeNewswire. All rights reserved. Redistribution of this content is expressly prohibited without prior written consent. PrimeNewswire makes no claims concerning the accuracy or validity of the information, and shall not be held liable for any errors, delays, omissions or use thereof.