UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| BRICKMAN INVESTMENTS INC., On Behalf of Itself and All Others Similarly Situated,<br><br>           Plaintiff,<br><br>  vs.<br><br>ALLOT COMMUNICATIONS LTD., et al.,<br><br>           Defendants. | : : : : : : : : : : : : | Civil Action No. 1:07-cv-03455-RJH<br><br><u>CLASS ACTION</u> |
| GERALD BILGER, Individually and On Behalf of All Others Similarly Situated,<br><br>           Plaintiff,<br><br>  vs.<br><br>ALLOT COMMUNICATIONS LTD., et al.,<br><br>           Defendants. | : : : : : : : : : : : : : | Civil Action No. 1:07-cv-03815-RJH<br><br><u>CLASS ACTION</u> |

[Caption continued on following page.]

DECLARATION OF MARIO ALBA JR. IN FURTHER SUPPORT OF THE MOTION OF BRICKMAN INVESTMENTS INC. AND JOHN SPITZ FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFFS AND FOR APPROVAL OF SELECTION OF LEAD COUNSEL AND IN OPPOSITION TO THE COMPETING MOTIONS

| | |
|---|---|
| ELIYAHU MOKHTAR, Individually and On Behalf of All Others Similarly Situated, | Civil Action No. 1:07-cv-05456-RJH |
| Plaintiff, | CLASS ACTION |
| vs. | |
| ALLOT COMMUNICATIONS LTD., et al., | |
| Defendants. | |
| SHANNON VINSON, Individually and On Behalf of All Others Similarly Situated, | Civil Action No. 1:07-CV-05457-RJH |
| Plaintiff, | CLASS ACTION |
| vs. | |
| ALLOT COMMUNICATIONS LTD., et al., | |
| Defendants. | |

Mario Alba, Jr., declares under penalty of perjury:

1.  I am an associate with Lerach Coughlin Stoia Geller Rudman & Robbins LLP ("Lerach Coughlin"), one of plaintiff's counsel in the action entitled *Brickman Investments Inc. v. Allot Communications Ltd.*, et al., Civil Action No. 1:07-cv-03455-RJH (the "*Brickman Investments* Action"). I submit this Declaration in further support of the Motion of Brickman Investments Inc. and John Spitz for consolidation, appointment as Lead Plaintiffs and for approval of selection of Lead Counsel and in Opposition to the Competing Motions.

2.  In accordance with the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §77z-1(a)(3)(A)(i), on May 1, 2007, my firm drafted a notice on behalf of plaintiff in the *Brickman Investments* Action and caused such notice to be published on *Business Wire*, a national, business-oriented newswire service (the "Notice"). The Notice advised investors of the pendency of this action and the opportunity for them to seek appointment as lead plaintiff in this action within the next 60 days.

3.  On or about May 9, 2007, upon information and belief, investor Shichao Chen saw this notice on the internet, which included a link that directed him to my firm's website, www.lerachlaw.com. On my firm's website, Mr. Chen completed a certification form (attached hereto as Exhibit A) in which he set forth his transactions in Allot stock during the Class Period and indicated that he wished to be appointed as a lead plaintiff.

4.  After reviewing Mr. Chen's certification, I made several attempts to contact Mr. Chen through phone calls and e-mail. From the period of May 9, 2007 to July 2, 2007, I did not hear any response back from him.

5.  Then, on July 12, 2007, I received a phone call from a person who identified himself as Alex Chen. During the course of our conversation, it became apparent to me that Alex Chen was

in fact the same person as Mr. Shichao Chen, who had completed a certification seeking appointment as lead plaintiff on my firm's website. Mr. Chen informed me that he had recently moved to New York from Beijing. I advised Mr. Chen that I had contacted him in response to the certification that he had completed on my firm's website and to confirm his interest in serving as a lead plaintiff in this Action. He then asked me what a lead plaintiff is and what role a lead plaintiff plays in the litigation. After explaining the role and responsibilities of a lead plaintiff, Mr. Chen explained that he would not be able to commit to such a role.

6. During this conversation, Mr. Chen also advised me that he had filled out a similar form, which I understood to be a certification, provided by the Kahn Gauthier Swick, LLC law firm, but that he had not spoken to anyone from that firm concerning this action.

DATED: July 20, 2007

/s/ *Mario Alba, Jr.*
MARIO ALBA, JR. (MA-7240)

I:\Allot Communications\LP Motion\LP Opp Decl.doc

ALLOT COMMUNICATIONS

Service List - 7/20/2007    (07-0093)

Page 1 of 2

**Counsel For Defendant(s)**

Vincent R. Fitzpatrick, Jr.
Douglas P. Baumstein
White & Case LLP
1155 Avenue of the Americas
New York, NY  10036-2787
   212/819-8200
   212/354-8113(Fax)

Gideon A. Schor
Wilson Sonsini Goodrich & Rosati, P.C.
1301 Avenue of the Americas, 40th Floor
New York, NY  10019
   212/999-5800
   212/999-5899(Fax)

**Counsel For Plaintiff(s)**

Jack G. Fruchter
Abraham, Fruchter & Twersky
One Pennsylvania Plaza, Suite 2805
New York, NY  10119
   212/279-5050
   212/279-3655(Fax)

Evan J. Smith
Brodsky & Smith, LLC
240 Mineola Blvd., 1st Floor
Mineola, NY  11501
   516/741-4977
   516/741-0626(Fax)

Nadeem Faruqi
Shane T. Rowley
Antonio Vozzolo
Faruqi & Faruqi, LLP
369 Lexington Avenue, 10th Floor
New York, NY  10017-6531
   212/983-9330
   212/983-9331(Fax)

Lionel Z. Glancy
Michael Goldberg
Glancy Binkow & Goldberg LLP
1801 Avenue of the Stars, Suite 311
Los Angeles, CA  90067
   310/201-9150
   310/201-9160(Fax)

Corey D. Holzer
Michael I. Fistel, Jr.
Holzer Holzer & Fistel, LLC
1117 Perimeter Center West, Suite E-107
Atlanta, GA  30338
   770/392-0090
   770/392-0029(Fax)

Michael A. Swick
Kim E. Miller
Kahn Gauthier Swick, LLC
12 East 41st Street, 12th Floor
New York, NY  10017
   212/696-3730
   504/455-1498(Fax)

ALLOT COMMUNICATIONS
Service List - 7/20/2007    (07-0093)
Page 2 of 2

| | |
|---|---|
| Jacob Sabo<br>Law Offices of Jacob Sabo<br>The Tower No. 3<br>Daniel Frisch Street, 15th Floor<br>Tel-Aviv, Israel,   64731 | Samuel H. Rudman<br>David A. Rosenfeld<br>Mario Alba, Jr.<br>Lerach Coughlin Stoia Geller Rudman &<br>Robbins LLP<br>58 South Service Road, Suite 200<br>Melville, NY  11747<br>    631/367-7100<br>    631/367-1173 (Fax) |
| Brian P. Murray<br>Murray, Frank & Sailer LLP<br>275 Madison Avenue, Suite 801<br>New York, NY  10016<br>    212/682-1818<br>    212/682-1892 (Fax) | Richard A. Maniskas<br>D. Seamus Kaskela<br>Schiffrin Barroway Topaz & Kessler, LLP<br>280 King of Prussia Road<br>Radnor, PA  19087<br>    610/667-7706<br>    610/667-7056 (Fax) |

**Courtesy Copy**

Lewis S. Kahn
Kahn Gauthier Swick, LLC
650 Poydras Street, Suite 2150
New Orleans, LA  70130
    504/455-1400
    504/455-1498 (Fax)