UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRICKMAN INVESTMENTS INC., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ALLOT COMMUNICATIONS LTD., YIGAL JACOBY, RAMI HADAR and ADI SAPIR,<br><br>Defendants. | No. 1:07-cv-03455-RJH<br><br>**DECLARATION OF ASA SASSON IN FURTHER SUPPORT OF THE MOTION OF DIKLA MONDIAL MUTUAL FUND FOR APPOINTMENT AS LEAD PLAINTIFF AND FOR APPROVAL OF LEAD COUNSEL** |
| GERALD BILGER individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ALLOT COMMUNICATIONS LTD., YIGAL JACOBY, RAMI HADAR and ADI SAPIR,<br><br>Defendants. | No. 1:07-cv-03815-RJH |
| ELIYAHU MOKHTAR, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ALLOT COMMUNICATIONS LTD., YIGAL JACOBY, RAMI HADAR and ADI SAPIR,<br><br>Defendants. | No. 1:07-cv-05456-RJH |

*[Captions Continue on Following Page]*

| | |
|---|---|
| SHANNON VINSON, individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>  v.<br><br>ALLOT COMMUNICATIONS LTD., YIGAL JACOBY, RAMI HADAR and ADI SAPIR,<br><br>     Defendants. | No. 1:07-cv-05457-RJH |

## DECLARATION OF ASA SASSON

Asa Sasson, for his declaration pursuant to 28 U.S.C. § 1746, states as follows:

1. I, Asa Sasson, am the Chief Executive Officer of Migdal Mutual Funds Mgt. Ltd. ("Migdal"), which maintains registered offices in Israel.

2. Migdal is a subsidiary of Migdal Capital Markets Ltd., the financial arm of Migdal Insurance Co., one of Israel's largest financial groups (with approximately $20 billion in assets). With almost $4 billion in assets, Migdal manages 96 mutual funds, including Dikla Mondial Mutual Fund ("Dikla Mondial").

3. Dikla Mondial invests, inter alia, in securities traded on the United States markets. Dikla Mondial, and not investors in the fund, is the owner of the shares of Allot at issue herein. Dikla Mondial is not an investment advisor.

4. Like other mutual funds, Dikla Mondial pays Migdal to serve as its fund manager. In this capacity, Migdal is authorized to purchase and sell securities on behalf of Dikla Mondial's account, and to take necessary actions to exercise and enforce Dikla Mondial's legal rights as shareholders in the securities purchased. As CEO of Migdal, the agent of Dikla Mondial, I executed the Sworn Certification of Plaintiff, dated June 11, 2007, which was filed with the Court.

5. If selected as Lead Plaintiff, Dikla Mondial will vigorously prosecute this action on behalf of the class.

6. In furtherance of its service as Lead Plaintiff, Dikla Mondial, through Migdal, will be present in the United States as required by the Court and as otherwise necessary.

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

3

Executed on this 22nd day of July, 2007, at ___Tel Aviv___, Israel

_____
Aro Sasson

4

## DECLARATION OF SERVICE

       I am an attorney admitted to practice in this district. I hereby certify, under penalty of perjury, that on this 24th day of July, 2007, I caused a true and correct copy of the foregoing DECLARATION OF ASA SASSON IN FURTER SUPPORT OF THE MOTION OF DIKLA MONDIAL MUTUAL FUND FOR APPOINTMENT AS LEAD PLAINTIFF, AND FOR APPROVAL OF LEAD COUNSEL to be served on the persons listed below, 1) through this court's ECF system, and 2) by causing a true copy thereof to be delivered by regular United States mail, postage prepaid:

*For Plaintiffs:*

David Avi Rosenfeld
Samuel Howard Rudman
Lerach, Coughlin, Stoia,
   Geller, Rudman & Robbins, LLP
58 South Service Road, Suite 200
Melville, NY 11747

Jack Gerald Fruchter
Abraham Fruchter & Twersky LLP
One Penn Plaza, Suite 1910
New York, NY 10119

D. Seamus Kaskela
Richard A. Maniskas
Schiffrin Barroway Topaz & Kessler, LLP
280 King of Prussia Rd.
Radnor, PA 19087

Evan J Smith
Brodsky & Smith, L.L.C.
240 Mineola Blvd.
Mineola, NY 11501

Corey D. Holzer
Michael I. Fistel, Jr.
Holzer Holzer & Cannon LLC
1117 Perimeter Center West, E-107
Atlanta, GA 30338

Nadeem Faruqi
Shane Thomas Rowley
Antonio Vozzolo
Faruqi & Faruqi, LLP
369 Lexington Avenue, 10th Floor
New York, NY 10017

Michael Swick
Kahn Gauthier Swick, LLC
12 East 41st st, 12th floor
New York, NY 10017

*For Defendants:*

General Counsel
Allot Communications Ltd.
 c/o Allot Communications, Inc.
7664 Golden Triangle Drive
Eden Prairie, MN 55344
Telephone: 877-255-6826
Facsimile:  952-944-9555

Yigal Jacoby
c/o Allot Communications, Inc.
7664 Golden Triangle Drive
Eden Prairie, MN 55344
Telephone: 877-255-6826
Facsimile:  952-944-9555

Rami Hadar
c/o Allot Communications, Inc.
7664 Golden Triangle Drive
Eden Prairie, MN 55344
Telephone: 877-255-6826
Facsimile:  952-944-9555

Adi Sapir
c/o Allot Communications, Inc.
7664 Golden Triangle Drive
Eden Prairie, MN 55344
Telephone: 877-255-6826
Facsimile:  952-944-9555


      /s/Gregory B. Linkh
      Gregory B. Linkh (GL-0477)