UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| BRICKMAN INVESTMENTS INC., On Behalf of Itself and All Others Similarly Situated, | : : : : : | Civil Action No. 07-cv-03455-RJH<br><br>CLASS ACTION |
| Plaintiff,<br><br>vs.<br><br>ALLOT COMMUNICATIONS LTD., et al.,<br><br>Defendants. | : : : : : : : : : | NOTICE OF WITHDRAWAL OF MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFFS AND FOR APPROVAL OF SELECTION OF LEAD COUNSEL |

PLEASE TAKE NOTICE that Proposed Lead Plaintiffs Brickman Investments Inc. and John Spitz's Motion for Consolidation, Appointment as Lead Plaintiffs and for Approval of Selection of Lead Counsel is hereby withdrawn.  This Withdrawal shall have no effect upon Brickman Investments Inc. and John Spitz's rights as members of the proposed class, including but not limited to the right to share in any recovery from the resolution of these actions through settlement, judgment, or otherwise.

DATED: July 25, 2007

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SAMUEL H. RUDMAN (SR-7957)
DAVID A. ROSENFELD (DR-7564)
MARIO ALBA, JR. (MA-7240)

*s/ Samuel H. Rudman*
Samuel H. Rudman

58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)

ABRAHAM FRUCHTER & TWERSKY LLP
JACK G. FRUCHTER
One Pennsylvania Plaza, Suite 2805
New York, NY  10119
Telephone:  212/279-5050
212/279-3655 (fax)

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on July 25, 2007, a copy of the foregoing Notice of Withdrawal of Motion for Consolidation, Appointment as Lead Plaintiffs and for Approval of Selection of Lead Counsel was sent, via U.S. Mail, postage prepaid to the following parties on the attached service list.

/s/ David A. Rosenfeld
David A. Rosenfeld

ALLOT COMMUNICATIONS
Service List - 7/20/2007   (07-0093)
Page 1 of 2

**Counsel For Defendant(s)**

Vincent R. Fitzpatrick, Jr.
Douglas P. Baumstein
White & Case LLP
1155 Avenue of the Americas
New York, NY  10036-2787
  212/819-8200
  212/354-8113 (Fax)

Gideon A. Schor
Wilson Sonsini Goodrich & Rosati, P.C.
1301 Avenue of the Americas, 40th Floor
New York, NY  10019
  212/999-5800
  212/999-5899 (Fax)

**Counsel For Plaintiff(s)**

Jack G. Fruchter
Abraham, Fruchter & Twersky
One Pennsylvania Plaza, Suite 2805
New York, NY  10119
  212/279-5050
  212/279-3655 (Fax)

Evan J. Smith
Brodsky & Smith, LLC
240 Mineola Blvd., 1st Floor
Mineola, NY  11501
  516/741-4977
  516/741-0626 (Fax)

Nadeem Faruqi
Shane T. Rowley
Antonio Vozzolo
Faruqi & Faruqi, LLP
369 Lexington Avenue, 10th Floor
New York, NY  10017-6531
  212/983-9330
  212/983-9331 (Fax)

Lionel Z. Glancy
Michael Goldberg
Glancy Binkow & Goldberg LLP
1801 Avenue of the Stars, Suite 311
Los Angeles, CA  90067
  310/201-9150
  310/201-9160 (Fax)

Corey D. Holzer
Michael I. Fistel, Jr.
Holzer Holzer & Fistel, LLC
1117 Perimeter Center West, Suite E-107
Atlanta, GA  30338
  770/392-0090
  770/392-0029 (Fax)

Michael A. Swick
Kim E. Miller
Kahn Gauthier Swick, LLC
12 East 41st Street, 12th Floor
New York, NY  10017
  212/696-3730
  504/455-1498 (Fax)

ALLOT COMMUNICATIONS

Service List - 7/20/2007   (07-0093)

Page 2 of 2

| | |
|---|---|
| Jacob Sabo<br>Law Offices of Jacob Sabo<br>The Tower No. 3<br>Daniel Frisch Street, 15th Floor<br>Tel-Aviv, Israel,   64731 | Samuel H. Rudman<br>David A. Rosenfeld<br>Mario Alba, Jr.<br>Lerach Coughlin Stoia Geller Rudman & Robbins LLP<br>58 South Service Road, Suite 200<br>Melville, NY  11747<br>   631/367-7100<br>   631/367-1173 (Fax) |
| Brian P. Murray<br>Murray, Frank & Sailer LLP<br>275 Madison Avenue, Suite 801<br>New York, NY  10016<br>   212/682-1818<br>   212/682-1892 (Fax) | Richard A. Maniskas<br>D. Seamus Kaskela<br>Schiffrin Barroway Topaz & Kessler, LLP<br>280 King of Prussia Road<br>Radnor, PA  19087<br>   610/667-7706<br>   610/667-7056 (Fax) |

**Courtesy Copy**

Lewis S. Kahn
Kahn Gauthier Swick, LLC
650 Poydras Street, Suite 2150
New Orleans, LA  70130
   504/455-1400
   504/455-1498 (Fax)