UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/13/07

BRICKMAN INVESTMENTS INC, et al., on behalf of itself and all others similarly situated,

        Plaintiffs,

-against-

ALLOT COMMUNICATIONS LTD., YIGAL JACOBY, RAMI HADAR and ADI SAPIR

        Defendants.

07 Civ. 03455 (RJH)

**ORDER**

GERALD BILGER, individually and on behalf of all others similarly situated,

        Plaintiffs,

-against-

ALLOT COMMUNICATIONS LTD., YIGAL JACOBY, RAMI HADAR and ADI SAPIR

        Defendants.

07 Civ. 03815 (RJH)

ELIYAHU MOKHTAR, individually and on behalf of all others similarly situated,

        Plaintiffs,

-against-

ALLOT COMMUNICATIONS LTD., YIGAL JACOBY, RAMI HADAR and ADI SAPIR

        Defendants.

07 Civ. 05456 (RJH)

SHANNON VINSON, individually and on behalf of all others similarly situated,

     Plaintiffs,

-against-

ALLOT COMMUNICATIONS LTD., YIGAL JACOBY, RAMI HADAR and ADI SAPIR

     Defendants.

07 Civ. 05457 (RJH)

The conference scheduled for Friday, September 7, 2007, at 10:30 a.m. in 07 Civ. 05456 and 07 Civ. 05457 is hereby adjourned sine die. The conference scheduled for Friday, September 14, 2007, at 10:30 a.m. in 07 Civ. 03815 is hereby adjourned sine die.

SO ORDERED.

Dated: New York, New York
   September 12, 2007

Richard J. Holwell
United States District Judge

2