Gideon A. Schor (GS-5932)
Kenneth M. Murray (KM-8728)
WILSON SONSINI GOODRICH & ROSATI
PROFESSIONAL CORPORATION
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Tel.: (212) 999-5800
Fax: (212) 999-5899

Jennifer J. Lee (JL-6985)
WILSON SONSINI GOODRICH & ROSATI
PROFESSIONAL CORPORATION
One Market Street
Spear Tower, Suite 3300
San Francisco, California 94105
Tel.: (415) 947-2000
Fax: (415) 947-2099

*Attorneys for Defendants
Allot Communications Ltd., Yigal Jacoby,
Rami Hadar, and Adi Sapir*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE ALLOT COMMUNICATIONS LTD. SECURITIES LITIGATION | MASTER FILE 07 Civ. 3455 (RJH) |
| This Document Relates To: ALL ACTIONS | **NOTICE OF APPEARANCE** |

To the Clerk of this Court and all parties of record:

    Please enter my appearance as counsel in this case for Defendants Allot Communications Ltd., Yigal Jacoby, Rami Hadar, and Adi Sapir.

    I certify that I am admitted to practice in this Court.

Date: April 10, 2008                                           /s/ Kenneth M. Murray
                                                                    Kenneth M. Murray (KM-8728)
                                                                    WILSON SONSINI GOODRICH & ROSATI
                                                                    PROFESSIONAL CORPORATION
                                                                    1301 Avenue of the Americas, 40th Floor
                                                                    New York, New York 10019
                                                                    Tel.: (212) 999-5800
                                                                    Fax: (212) 999-5899