Gideon A. Schor (GS-5932)
Kenneth M. Murray (KM-8728)
WILSON SONSINI GOODRICH & ROSATI
PROFESSIONAL CORPORATION
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Tel.:  (212) 999-5800
Fax:  (212) 999-5899

Jennifer J. Lee (JL-6985)
WILSON SONSINI GOODRICH & ROSATI
PROFESSIONAL CORPORATION
One Market Street
Spear Tower, Suite 3300
San Francisco, California 94105
Tel.:  (415) 947-2000
Fax:  (415) 947-2099

*Attorneys for Defendants*
*Allot Communications Ltd., Yigal Jacoby,*
*Rami Hadar, and Adi Sapir*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE ALLOT COMMUNICATIONS LTD. SECURITIES LITIGATION | MASTER FILE 07 Civ. 3455 (RJH) |
| This Document Relates To: ALL ACTIONS | **NOTICE OF APPEARANCE** |

To the Clerk of this Court and all parties of record:

        Please enter my appearance as counsel in this case for Defendants Allot Communications
Ltd., Yigal Jacoby, Rami Hadar, and Adi Sapir.

        I certify that I am admitted to practice in this Court.

Date:  April 10, 2008

                                                                    /s/ Gideon A. Schor
                                                    Gideon A. Schor (GS-5932)
                                                    WILSON SONSINI GOODRICH & ROSATI
                                                    PROFESSIONAL CORPORATION
                                                    1301 Avenue of the Americas, 40th Floor
                                                    New York, New York 10019
                                                    Tel.:  (212) 999-5800
                                                    Fax:  (212) 999-5899