Gideon A. Schor (GS-5932)
Kenneth M. Murray (KM-8728)
WILSON SONSINI GOODRICH & ROSATI
PROFESSIONAL CORPORATION
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Tel.: (212) 999-5800
Fax: (212) 999-5899

Jennifer J. Lee (JL-6985)
WILSON SONSINI GOODRICH & ROSATI
PROFESSIONAL CORPORATION
One Market Street
Spear Tower, Suite 3300
San Francisco, California 94105
Tel.: (415) 947-2000
Fax: (415) 947-2099

*Attorneys for Defendants
Allot Communications Ltd., Yigal Jacoby,
Rami Hadar, and Adi Sapir*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE ALLOT COMMUNICATIONS LTD. SECURITIES LITIGATION<br><br>This Document Relates To:<br>ALL ACTIONS | MASTER FILE<br>07 Civ. 3455 (RJH)<br><br>**RULE 7.1 STATEMENT OF DEFENDANT ALLOT COMMUNICATIONS LTD.** |

      Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for defendants Allot Communications Ltd. ("Allot"), Yigal Jacoby, Rami Hadar, and Adi Sapir hereby discloses that no parent corporation or publicly held corporation owns 10% or more of Allot's stock.

Date: April 10, 2008
          /s/ Gideon A. Schor
          Gideon A. Schor (GS-5932)
          WILSON SONSINI GOODRICH & ROSATI
          PROFESSIONAL CORPORATION
          1301 Avenue of the Americas, 40th Floor
          New York, New York 10019
          Tel.: (212) 999-5800
          Fax: (212) 999-5899