Gideon A. Schor (GS-5932)
Kenneth M. Murray (KM-8728)
WILSON SONSINI GOODRICH & ROSATI
PROFESSIONAL CORPORATION
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Tel.: (212) 999-5800
Fax: (212) 999-5899

Jennifer J. Lee (JL-6985)
WILSON SONSINI GOODRICH & ROSATI
PROFESSIONAL CORPORATION
One Market Street
Spear Tower, Suite 3300
San Francisco, California 94105
Tel.: (415) 947-2000
Fax: (415) 947-2099

*Attorneys for Defendants*
*Allot Communications Ltd., Yigal Jacoby,*
*Rami Hadar, and Adi Sapir*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE ALLOT COMMUNICATIONS LTD. SECURITIES LITIGATION | MASTER FILE 07 Civ. 3455 (RJH) |
| This Document Relates To: ALL ACTIONS | **NOTICE OF MOTION FOR ADMISSION PRO HAC VICE OF NINA F. LOCKER** |

   PLEASE TAKE NOTICE that, upon the annexed declaration of Kenneth M. Murray and all exhibits appended thereto, defendants Allot Communications Ltd., Yigal Jacoby, Rami Hadar, and Adi Sapir ("Defendants") will move this Court, before the Honorable Richard J. Holwell, at the United States Courthouse for the Southern District of New York, for an order pursuant to Local Civil Rule 1.3 admitting Nina F. Locker, a member of the law firm of Wilson Sonsini Goodrich & Rosati P.C., and a member in good standing of the Bar of the State of California, to appear *pro hac*

*vice* in the above-captioned action on behalf of Defendants. There are no pending disciplinary proceedings against Ms. Locker in any state or federal court.

Date: April 10, 2008

_____
Kenneth M. Murray (KM-8728)
WILSON SONSINI GOODRICH & ROSATI
PROFESSIONAL CORPORATION
1301 Avenue of the Americas
New York, New York 10019
Tel.: (212) 999-5800
Fax: (212) 999-5899

Gideon A. Schor (GS-5932)
Kenneth M. Murray (KM-8728)
WILSON SONSINI GOODRICH & ROSATI
PROFESSIONAL CORPORATION
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Tel.: (212) 999-5800
Fax: (212) 999-5899

Jennifer J. Lee (JL-6985)
WILSON SONSINI GOODRICH & ROSATI
PROFESSIONAL CORPORATION
One Market Street
Spear Tower, Suite 3300
San Francisco, California 94105
Tel.: (415) 947-2000
Fax: (415) 947-2099

*Attorneys for Defendants
Allot Communications Ltd., Yigal Jacoby,
Rami Hadar, and Adi Sapir*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| IN RE ALLOT COMMUNICATIONS LTD. SECURITIES LITIGATION<br><br>This Document Relates To:<br>ALL ACTIONS | MASTER FILE<br>07 Civ. 3455 (RJH)<br><br>**DECLARATION OF KENNETH M. MURRAY IN SUPPORT OF MOTION FOR ADMISSIOIN PRO HAC VICE OF NINA F. LOCKER** |
|---|---|

I, Kenneth M. Murray, declare, under penalty of perjury and pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am an associate of the law firm of Wilson Sonsini Goodrich & Rosati, attorneys for defendants Allot Communications Ltd., Yigal Jacoby, Rami Hadar, and Adi Sapir ("Defendants") in the above-captioned action. I was admitted to practice before this court on August 13, 2002

2. I submit this declaration in support of Defendants' motion for the *pro hac vice* admission of Nina F. Locker.

3. Ms. Locker is a member of the firm of Wilson Sonsini Goodrich & Rosati in Palo Alto, California and is a member in good standing of the Bar of the State of California.

4. Attached hereto as Exhibit A is a Certificate of Good Standing for Ms. Locker from the State Bar of California, issued within thirty days of this Declaration.

5. Defendants respectfully request that Nina F. Locker be granted admission *pro hac vice* in this action.

Dated: April 10, 2008
New York, New York

_____
Kenneth M. Murray (KM-8728)

**THE STATE BAR OF CALIFORNIA**

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639

TELEPHONE: 888-800-3400

April 7, 2008

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, NINA F. LOCKER, #123838 was admitted to the practice of law in this state by the Supreme Court of California on July 11, 1986; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

Gideon A. Schor (GS-5932)
Kenneth M. Murray (KM-8728)
WILSON SONSINI GOODRICH & ROSATI
PROFESSIONAL CORPORATION
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Tel.: (212) 999-5800
Fax: (212) 999-5899

Jennifer J. Lee (JL-6985)
WILSON SONSINI GOODRICH & ROSATI
PROFESSIONAL CORPORATION
One Market Street
Spear Tower, Suite 3300
San Francisco, California 94105
Tel.: (415) 947-2000
Fax: (415) 947-2099

*Attorneys for Defendants
Allot Communications Ltd., Yigal Jacoby,
Rami Hadar, and Adi Sapir*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| IN RE ALLOT COMMUNICATIONS LTD. SECURITIES LITIGATION | MASTER FILE 07 Civ. 3455 (RJH) |
|---|---|
| This Document Relates To: ALL ACTIONS | **PROPOSED ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE OF NINA F. LOCKER** |

THIS MATTER having been brought before the Court by defendants Allot Communications Ltd., Yigal Jacoby, Rami Hadar, and Adi Sapir ("Defendants") for an order pursuant to Local Civil Rule 1.3 admitting Nina F. Locker to appear and participate *pro hac vice* in this action of behalf of Defendants, and for good cause shown;

IT IS on this _____ day of _____, 2008;

ORDERED that Nina F. Locker, being a member in good standing of the Bar of the State of California, be permitted to appear *pro hac vice* in the above-captioned matter.

-2-

The attorney admitted *pro hac vice* must serve a copy of this Order on all other counsel in this case.

───────────────────────────
Honorable Richard J. Holwell
United States District Court Judge

## CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2008, I caused a true and correct copy of the **Motion for Pro Hac Vice Admission of Nina F. Locker** to be served by Federal Express on:

Brian P. Murray
Murray, Frank & Sailer, LLP
275 Madison Avenue, Ste. 801
New York, NY 10016

Michael A. Swick
Kim E. Miller
Kahn Gauthier Swick, LLC
12 East 41st Street, 12th Floor
New York, NY 10017

Lionel Z. Glancy
Michael Goldberg
Glancy Binkow & Goldberg LLP
1801 Avenue of the Stars,
Suite 311
Los Angeles, CA 90067

_____
Kenneth M. Murray (KM-8728)