UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re Allot Communications Ltd.
Securities Litigation
                                    Plaintiff,

                                                                    07   CIVIL   3455   ( RJH )
    -against-


                                    Defendant.
------------------------------------------------------------x

# NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: __Jennifer J. Lee__

☒ *Attorney*

  ☒ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is:
     __JL-6985__

  ☐ I am a Pro Hac Vice attorney

  ☐ I am a Government Agency attorney

☐ *Law Firm/Government Agency Association*

  From: __Williams & Connolly__

  To:   __Wilson Sonsini Goodrich & Rosati, P.C.__

  ☒ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

  ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____

☐ *Address:*  __One Market Street, Spear Tower, Suite 3300__, San Francisco, CA 94105

☐ *Telephone Number:*  __(415) 947-2000__

☐ *Fax Number:*  __(415) 947-2099__

☐ *E-Mail Address:*  __jlee@wsgr.com__

Dated: __4/22/08__