**CERTIFICATE OF SERVICE**

I hereby certify that on April 22, 2008, I caused a true and correct copy of the **Notice of Change of Address** to be served by overnight delivery on:

Brian P. Murray
Murray, Frank & Sailer, LLP
275 Madison Avenue, Ste. 801
New York, NY 10016

Michael A. Swick
Kim E. Miller
Kahn Gauthier Swick, LLC
12 East 41st Street, 12th Floor
New York, NY 10017

Lionel Z. Glancy
Michael Goldberg
Glancy Binkow & Goldberg LLP
1801 Avenue of the Stars,
Suite 311
Los Angeles, CA 90067

Lewis S. Kahn
Kahn Gauthier Swick, LLC
650 Poydras Street, Suite 2150
New Orleans, LA 70130

Jacob Sabo
The Law Office of Jacob Sabo
The Tower No. 3 Daniel Frisch St.
15th Floor
Tel Aviv, Israel 64731

Jennifer J. Lee (JL-6985)