Gideon A. Schor (GS-5932)
Kenneth M. Murray (KM-8728)
WILSON SONSINI GOODRICH & ROSATI
PROFESSIONAL CORPORATION
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Tel.: (212) 999-5800
Fax: (212) 999-5899

Jennifer J. Lee (JL-6985)
WILSON SONSINI GOODRICH & ROSATI
PROFESSIONAL CORPORATION
One Market Street
Spear Tower, Suite 3300
San Francisco, California 94105
Tel.: (415) 947-2000
Fax: (415) 947-2099

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/15/08
```

*Attorneys for Defendants*
*Allot Communications Ltd., Yigal Jacoby,*
*Rami Hadar, and Adi Sapir*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE ALLOT COMMUNICATIONS LTD. SECURITIES LITIGATION | MASTER FILE 07 Civ. 3455 (RJH) |
| This Document Relates To: ALL ACTIONS | **PROPOSED ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE OF NINA F. LOCKER** |

THIS MATTER having been brought before the Court by defendants Allot Communications Ltd., Yigal Jacoby, Rami Hadar, and Adi Sapir ("Defendants") for an order pursuant to Local Civil Rule 1.3 admitting Nina F. Locker to appear and participate *pro hac vice* in this action of behalf of Defendants, and for good cause shown;

IT IS on this 15 day of May, 2008;

ORDERED that Nina F. Locker, being a member in good standing of the Bar of the State of California, be permitted to appear *pro hac vice* in the above-captioned matter.

      The attorney admitted *pro hac vice* must serve a copy of this Order on all other counsel in this case.

                                                                                         _____

                                                    Honorable Richard J. Holwell
                                                    United States District Court Judge