FROM                                                                                          (TUE) 5. 27' 08 9:55/ST. 9:54/No. 4860130358 P 6

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE ALLOT COMMUNICATIONS LTD. SECURITIES LITIGATION | MASTER FILE No. 1:07-cv-03455-RJH <br><br> [PROPOSED] ORDER TO ENLARGE TIME TO FILE AMENDED CONSOLIDATED COMPLAINT AND ALTER BRIEFING SCHEDULE ON ANY MOTION TO DISMISS |



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED 5/28/08

Having considered the parties' Stipulation to Enlarge Time to File Consolidated Complaint and Alter Briefing Schedule on Any Motion to Dismiss:

1. Lead Plaintiffs shall serve a Consolidated Complaint by Monday, June 9, 2008;

2. Defendant shall answer, move against or otherwise respond to the Consolidated Complaint by Friday, August 8, 2008;

3. If Defendants move to dismiss the Consolidated Complaint, Lead Plaintiffs shall serve papers in opposition by Tuesday, October 7, 2008; and,

4. Defendants shall serve any reply papers by Friday, November 21, 2008.

IT IS SO ORDERED.

DATED: 5/27/08

THE HONORABLE RICHARD J. HOLWELL
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE ALLOT COMMUNICATIONS
LTD. SECURITIES LITIGATION

MASTER FILE No. 1:07-cv-03455-RJH

STIPULATION AND [PROPOSED]
ORDER TO ENLARGE TIME TO FILE
CONSOLIDATED COMPLAINT AND
ALTER BRIEFING SCHEDULE ON
ANY MOTION TO DISMISS

WHEREAS, on May 1, 2007, plaintiff, Brickman Investments, Inc. filed a putative class action, captioned *Brickman Investments Inc. v. Allot Communications Ltd., et al.*, which was assigned to the Honorable Richard J. Holwell;

WHEREAS, a number of additional actions were thereafter filed against Allot Communications and several of its officers and directors ("Defendants");

WHEREAS, service on the various Defendants was effected by Brickman Investments in May, 2007;

WHEREAS, on June 7, 2007, this Court entered a Stipulation and Order: (a) relieving Defendants of the obligation to move against, answer or otherwise respond to the Complaint until a consolidated complaint was filed; (b) directing lead plaintiff(s) to serve a consolidated complaint within sixty (60) days of entry of the Court's Order appointing lead plaintiff(s) and designating lead counsel; (c) directing Defendants to respond to the consolidated complaint within sixty (60) days of service; (d) directing lead plaintiff(s) to respond to any motion to dismiss filed by Defendants within sixty (60) days of service; (e) directing Defendants to file any reply within forty-five (45) days of

service;

WHEREAS, on March 27, 2008, this Court entered an Order consolidating the later-filed cases with the *Brickman* action, appointing Dikla Mondial Mutual Fund and the Chen Group co-lead plaintiffs and designating Glancy Binkow & Goldberg LLP, Kahn Gauthier & Swick LLC, and the Law Offices of Jacob Sabo as co-lead counsel;

WHEREAS, under the terms of this Court's June 7, 2007 Stipulation and Order, plaintiffs currently must file a consolidated complaint by May 27, 2008;

WHEREAS, because of scheduling conflicts and an unexpected death in the family of the attorney at Glancy Binkow primarily responsible for this case, the parties, through and by their counsel, hereby stipulate and request that the Court enter an order as follows:

1. Lead Plaintiffs shall serve a consolidated complaint ("Consolidated Complaint") by Monday, June 9, 2008;

2. Defendant shall answer, move against or otherwise respond to the Consolidated Complaint by Friday, August 8, 2008;

3. If Defendants move to dismiss the Consolidated Complaint, Lead Plaintiffs shall serve papers in opposition by Tuesday, October 7, 2008; and,

4. Defendants shall serve any reply papers by Friday, November 21, 2008.

Dated: May 21, 2008

LAW OFFICES OF JACOB SABO
The Tower No. 3 Daniel Frisch Street 15th Floor
Tel Aviv, Israel 64731
Telephone: 011 972 3 607 88 88
Facsimile: 011 972 3 607 88 89

*Co-Lead Counsel for Plaintiffs*

KAHN GAUTHIER SWICK, LLC

2

Ann Elaine Mills
12 East 41st Street, 12th Floor
New York, NY 10017
Telephone (212) 696-5[...]
Facsimile (504) 455-1498

*Co-Lead Counsel for Plaintiffs*

GLANCY BINKOW & GOLDBERG LLP

*Robin Bronzaft-Howald*
Robin Bronzaft Howald
Peter A. Binkow
Lionel Z. Glancy
1801 Avenue of the Stars, Suite 311
Los Angeles, CA 90067
Telephone (310) 201-915[...]
Facsimile (310) 201-9160

*Co-Lead Counsel for Plaintiffs*

WILSON SONSINI GOODRICH & ROSATI

Gideon A. Schor
Nina F. Locker
Kenneth M. Murray
Jennifer J. Lee
1301 Avenue of the Americas, 40th Floor
New York, NY 10019
Telephone (212) 999-5800
Facsimile (212) 999-5899

*Counsel for Defendants*