USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/8/08




UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| IN RE ALLOT COMMUNICATIONS LTD. SECURITIES LITIGATION | CIVIL ACTION NO. 07-CV-03455 (RJH) |
|---|---|

**STIPULATION AND [PROPOSED] ORDER**
**REGARDING PRE-MOTION CONFERENCE**

WHEREAS, on May 27, 2008, this Court entered an Order regarding the schedule for filing an amended complaint and defendants' response thereto, including the briefing schedule for a motion to dismiss (the "Order");

WHEREAS, the Individual Practices of the Court require a pre-motion letter to be submitted and a pre-motion conference to be held before the filing of a motion to dismiss;

WHEREAS, defendants intend to file a motion to dismiss, and the briefing schedule set forth in the Order is still binding on the parties;

WHEREAS, the parties agree that, because the Order has already set forth the briefing schedule for the defendants' motion to dismiss, there is no necessity for a pre-motion letter or pre-motion conference;

NOW THEREFORE, it is hereby STIPULATED and AGREED, subject to Court approval, that:

1. Defendants will not submit a pre-motion letter.

2. The Court will not hold a pre-motion conference.

Dated: July 1, 2008

GLANCY BINKOW & GOLDBERG LLP

Frederick W. Gerkens III (FG-7595)
Robin Bronzaft Howald
1430 Broadway, Suite 1603
New York, New York 10018
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Co-Lead Counsel for Plaintiffs*

LAW OFFICES OF JACOB SABO
The Tower No. 3 Daniel Frisch Street,
15th Floor
Tel Aviv, Israel 64731
Telephone: 011 972 3 607 88 88
Facsimile: 011 972 3 607 88 89

*Co-Lead Counsel for Plaintiffs*

KAHN GAUTHIER SWICK, LLC

Kim Elaine Miller
12 East 41st Street, 12th Floor
New York, New York 10017
Telephone: (212) 696-3730
Facsimile: (504) 455-1498

*Co-Lead Counsel for Plaintiffs*

WILSON SONSINI GOODRICH & ROSATI

Gideon A. Schor
Kenneth M. Murray
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 999-5800
Facsimile: (212) 999-5799

*Counsel for Defendants*

* * *

**ORDER**

IT IS SO ORDERED.

DATED: 7/8/08

THE HONORABLE RICHARD J. HOLWELL
UNITED STATES DISTRICT JUDGE