Gideon A. Schor (GS-5932)
Kenneth M. Murray (KM-8728)
WILSON SONSINI GOODRICH & ROSATI
PROFESSIONAL CORPORATION
1301 Avenue of the Americas, 40th Floor
New York, NY 10019
Tel.: (212) 999-5800
Fax: (212) 999-5899

Nina F. Locker (admitted *pro hac vice*)
Jennifer J. Lee (JL-6985)
WILSON SONSINI GOODRICH & ROSATI
PROFESSIONAL CORPORATION
650 Page Mill Road
Palo Alto, CA  94304
Tel.: (650) 493-9300
Fax: (650) 493-6811

*Attorneys for Defendants*
*Allot Communications Ltd., Yigal Jacoby,*
*Rami Hadar, and Adi Sapir*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE ALLOT COMMUNICATIONS LTD. SECURITIES LITIGATION<br><br>This Document Relates To:<br>ALL ACTIONS | MASTER FILE<br>07 Civ. 3455 (RJH)<br><br>**NOTICE OF MOTION AND MOTION OF DEFENDANTS TO DISMISS AMENDED CONSOLIDATED CLASS ACTION COMPLAINT FOR VIOLATIONS OF FEDERAL SECURITIES LAWS**<br><br>**ORAL ARGUMENT REQUESTED** |

TO PLAINTIFFS AND THEIR COUNSEL OF RECORD:

Notice is hereby given that defendants Allot Communications Ltd., Yigal Jacoby, Rami Hadar, and Adi Sapir (collectively, "Defendants") hereby move the Court before the Honorable Richard J. Holwell, United States District Judge, United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York, at a date and time to be

-2-

determined, for an Order dismissing plaintiffs' Amended Consolidated Class Action Complaint for Violations of Federal Securities Laws (the "Complaint").  Defendants move to dismiss the Complaint with prejudice under Federal Rule of Civil Procedure 12(b)(6) on the grounds that the claims under Sections 11 and 15 of the Securities Act of 1933, 15 U.S.C. §§ 77k and 77o, respectively, fail to state a claim.

This Motion is based on this Notice and Motion; the accompanying Memorandum of Law; the Declaration of Gideon A. Schor, together with accompanying exhibits; all pleadings and papers filed herein; oral argument of counsel; any other matter that may be submitted at the hearing; and all prior proceedings herein.

Defendants respectfully request oral argument.

| | |
|---|---|
| Dated:  August 8, 2008 | WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br><br>By: /s/ Gideon A. Schor<br>     Gideon A. Schor (GS-5932)<br><br>     1301 Avenue of the Americas, 40th Floor<br>     New York, NY 10019-6022<br>     Telephone:  (212) 999-5800<br>     Facsimile:   (212) 999-5899<br><br>     *Attorneys for Defendants*<br>     *Allot Communications Ltd., Yigal Jacoby,*<br>     *Rami Hadar, and Adi Sapir* |