Gideon A. Schor (GS-5932)
Kenneth M. Murray (KM-8728)
WILSON SONSINI GOODRICH & ROSATI
PROFESSIONAL CORPORATION
1301 Avenue of the Americas, 40th Floor
New York, NY 10019
Tel.: (212) 999-5800
Fax: (212) 999-5899

Nina F. Locker (admitted *pro hac vice*)
Jennifer J. Lee (JL-6985)
WILSON SONSINI GOODRICH & ROSATI
PROFESSIONAL CORPORATION
650 Page Mill Road
Palo Alto, CA 94304
Tel.: (650) 493-9300
Fax: (650) 493-6811

*Attorneys for Defendants*
*Allot Communications Ltd., Yigal Jacoby,*
*Rami Hadar, and Adi Sapir*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE ALLOT COMMUNICATIONS LTD. SECURITIES LITIGATION<br><br>This Document Relates To:<br>ALL ACTIONS | MASTER FILE<br>07 Civ. 3455 (RJH)<br><br>**DECLARATION OF GIDEON A. SCHOR IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS AMENDED CONSOLIDATED CLASS ACTION COMPLAINT FOR VIOLATIONS OF FEDERAL SECURITIES LAWS** |

I, Gideon A. Schor, declare that:

1. I am an attorney with the New York, New York, office of the law firm of Wilson Sonsini Goodrich & Rosati, Professional Corporation, counsel for defendants Allot Communications Ltd. ("Allot"), Yigal Jacoby, Rami Hadar, and Adi Sapir (collectively, "Defendants"). I submit this declaration in support of Defendants' Motion to Dismiss Amended Consolidated Class Action Complaint for Violations of Federal Securities Laws. Unless

otherwise stated, the following facts are within my personal knowledge or are based on review of public records.

1. Attached hereto as Exhibit 1 is a true and correct copy of Allot's registration statement on Form F-1, filed with the Securities and Exchange Commission ("SEC") on October 31, 2006. The filing included Allot's preliminary prospectus; Exhibit 1 includes the cover page of the preliminary prospectus.

2. Attached hereto as Exhibit 2 is a true and correct copy of the November 15, 2006 Notice of Effectiveness for the filing of Allot's registration statement on Form F-1.

3. Attached hereto as Exhibit 3 is a true and correct copy of Allot's final prospectus dated November 15, 2006.

4. Attached hereto as Exhibit 4 is a true and correct copy of Allot's Form 6-K, filed with the SEC on February 14, 2007, attaching Allot's February 13, 2007 earnings release.

5. Attached hereto as Exhibit 5 is a true and correct copy of the Form 8-K of Packeteer, Inc. ("Packeteer"), filed with the SEC on April 4, 2007, attaching Packeteer's April 4, 2007 earnings release.

6. Attached hereto as Exhibit 6 is a true and correct copy of the April 2007 stock price data for Packeteer from www.streetinsider.com.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 8th day of August, 2008, at New York, New York.

/s/ Gideon A. Schor  
Gideon A. Schor