# EXHIBIT 1

As filed with the Securities and Exchange Commission on October 31, 2006

Registration No. 333-

# SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## Form F-1
### REGISTRATION STATEMENT
### UNDER THE
### SECURITIES ACT OF 1933

# ALLOT COMMUNICATIONS LTD.
*(Exact Name of Registrant as Specified in its Charter)*

| State of Israel | 3576 | Not Applicable |
|---|---|---|
| *(State or Other Jurisdiction of Incorporation or Organization)* | *(Primary Standard Industrial Classification Code Number)* | *(I.R.S. Employer Identification No.)* |

Allot Communications Ltd.
22 Hanagar Street
Neve Ne'eman Industrial Zone B
Hod-Hasharon 45240
Israel
+972 (9) 761-9200

*(Address, Including Zip Code, and Telephone Number, Including Area Code, of Registrant's Principal Executive Offices)*

Allot Communications, Inc.
7664 Golden Triangle Drive
Eden Prairie, MN 55344
(952) 944-3100

*(Name, Address, Including Zip Code, and Telephone Number, Including Area Code, of Agent for Service)*

***Copies of Communications to:***

| | | | |
|---|---|---|---|
| Joshua G. Kiernan, Esq. | Ori Rosen, Adv. | James R. Tanenbaum, Esq. | Ehud Sol, Adv. |
| White & Case LLP | Oren Knobel, Adv. | Morrison & Foerster LLP | Herzog, Fox & Neeman |
| 5 Old Broad Street | Ori Rosen & Co. | 1290 Avenue of the Americas | Asia House |
| London EC2N 1DW | One Azrieli Center | New York, New York | 4 Weizman Street |
| England | Tel Aviv 67021 | Tel: (212) 468-8000 | Tel Aviv 64239, Israel |
| Tel: +44 (20) 7532-1408 | Israel | Fax: (212) 468-7900 | Tel: +972 (3) 692-2020 |
| Fax: +44 (20) 7532-1001 | Tel: +972 (3) 607-4700 | | Fax: +972 (3) 696-6464 |
| | Fax: +972 (3) 607-4701 | | |

**Approximate date of commencement of proposed sale to the public:**
**As soon as practicable after effectiveness of this registration statement.**

If any of the securities being registered on this Form are to be offered on a delayed or continuous basis pursuant to Rule 415 under the Securities Act of 1933, as amended (the "Securities Act"), check the following box. ☐

If this Form is filed to register additional securities for an offering pursuant to Rule 462(b) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. ☐

If this Form is a post-effective amendment filed pursuant to Rule 462(c) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. ☐

If this Form is a post-effective amendment filed pursuant to Rule 462(d) under the Securities Act, check the following box and list the Securities Act registration statement number of the earliest effective registration statement for the same offering. ☐

If delivery of the prospectus is expected to be made pursuant to Rule 434 under the Securities Act, check the following box. ☐

## CALCULATION OF REGISTRATION FEE

| Title of Each Class of Securities to be Registered | Proposed Maximum Aggregate Offering Price (1) | Amount of Registration Fee |
|---|---|---|
| Ordinary shares, par value NIS 0.10 | U.S.$82,225,000 | U.S.$8,799 |

(1) Estimated solely for the purpose of computing the amount of the registration fee pursuant to Rule 457 under the Securities Act of 1933.

**The Registrant hereby amends this Registration Statement on such date or dates as may be necessary to delay its effective date until the Registrant shall file a further amendment which specifically states that this Registration Statement shall thereafter become effective in accordance with Section 8(a) of the Securities Act or until the Registration Statement shall become effective on such date as the Securities and Exchange Commission, acting pursuant to said Section 8(a), may determine.**

> The information contained in this prospectus is not complete and may be changed. We may not sell these securities until the registration statement filed with the Securities and Exchange Commission is effective. This prospectus is not an offer to sell these securities and is not soliciting an offer to buy these securities in any state where the offer or sale is not permitted.

Subject to Completion, dated October 31, 2006

PROSPECTUS

## 6,500,000 Shares



### Ordinary Shares

We are offering 6,500,000 ordinary shares. No public market currently exists for our ordinary shares.

We have applied to have our ordinary shares approved for quotation on The Nasdaq Global Market under the symbol "ALLT." We anticipate that the initial public offering price will be between $9.00 and $11.00 per ordinary share.

*Investing in our ordinary shares involves risks. See "Risk Factors" beginning on page 8.*

|  | Per Share | Total |
|---|---|---|
| Public Offering Price | $ | $ |
| Underwriting Discount | $ | $ |
| Proceeds to Allot Communications (before expenses) | $ | $ |

We have granted the underwriters a 30-day option to purchase up to an additional 975,000 ordinary shares on the same terms and conditions as set forth above if the underwriters sell more than 6,500,000 ordinary shares in this offering.

Neither the Securities and Exchange Commission nor any state securities commission has approved or disapproved of these securities or determined if this prospectus is truthful or complete. Any representation to the contrary is a criminal offense.

Lehman Brothers, on behalf of the underwriters, expects to deliver the ordinary shares on or about       , 2006.

**Lehman Brothers**                                                                 **Deutsche Bank Securities**

**CIBC World Markets**                                                                                    **RBC Capital Markets**

, 2006