# EXHIBIT 2

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION

Washington, D.C. 20549

## Notice of Effectiveness

| | |
|---|---|
| **Effectiveness Date:** | November 15, 2006 3:00 P.M. |
| **Form:** | F-1 |
| **CIK:** | 0001365767 |
| **Company Name:** | Allot Communications Ltd. |
| **File Number:** | 333-138313 |