# EXHIBIT 6




Join Free   SI Premium   RSS Feeds   E-mail Alerts   Portfolio   Login

Market Summary | Major Indices | Market Movers | Market Sectors | Mutual Funds
A-Z Stock Listings | World Markets | CEO Wealthmeter | Stock Splits | Oil / Energy | Metals
Bank Rates | Currencies | Treasury Rates | Calculators | ETF Screener | My Watchlist | My Portfolio

Enter symbol [Get Quote] Historical   Symbol Lookup

**PACKETEER, INC.**   Add To My Watchlist                                         (NSDQ: PKTR)

Detailed Quote | News | Chart | SEC Filings | Profile | Historical | Options

Packeteer   7.15   - (+0.00%)   -

## Historical Data for PKTR

MONTH: JAN FEB MAR **APR** MAY JUN JUL AUG SEP OCT NOV DEC

YEAR: 2000 2001 2002 2003 2004 2005 2006 **2007** 2008

RANGE: **1 MONTH** 3 MONTH 1 YEAR

| DATE | OPEN | HIGH | LOW | VOLUME | CLOSE | CHANGE % |
|---|---|---|---|---|---|---|
| 04/30/07 | 9.75 | 9.76 | 9.50 | 776,529 | 9.50 | -0.26 -2.66% |
| 04/27/07 | 9.87 | 9.87 | 9.71 | 735,730 | 9.76 | -0.03 -0.31% |
| 04/26/07 | 9.81 | 9.88 | 9.72 | 634,059 | 9.79 | -0.04 -0.41% |
| 04/25/07 | 9.81 | 9.84 | 9.74 | 660,704 | 9.83 | +0.03 +0.31% |
| 04/24/07 | 9.46 | 9.81 | 9.39 | 928,056 | 9.80 | +0.31 +3.27% |
| 04/23/07 | 9.56 | 9.61 | 9.36 | 1,115,105 | 9.49 | -0.13 -1.35% |
| 04/20/07 | 9.58 | 9.70 | 9.30 | 2,479,755 | 9.62 | +0.84 +9.57% |
| 04/19/07 | 8.91 | 9.03 | 8.75 | 717,962 | 8.78 | -0.23 -2.55% |
| 04/18/07 | 9.07 | 9.07 | 8.91 | 861,704 | 9.01 | -0.12 -1.31% |
| 04/17/07 | 9.30 | 9.30 | 9.00 | 635,602 | 9.13 | -0.08 -0.87% |
| 04/16/07 | 9.10 | 9.23 | 9.08 | 705,104 | 9.21 | +0.14 +1.54% |
| 04/13/07 | 9.06 | 9.07 | 8.83 | 816,070 | 9.07 | 0.00 0.00% |
| 04/12/07 | 8.93 | 9.08 | 8.89 | 671,905 | 9.07 | +0.08 +0.89% |
| 04/11/07 | 9.07 | 9.07 | 8.86 | 1,016,463 | 8.99 | -0.06 -0.66% |
| 04/10/07 | 9.00 | 9.09 | 8.98 | 652,260 | 9.05 | +0.10 +1.12% |
| 04/09/07 | 9.00 | 9.10 | 8.91 | 1,224,773 | 8.95 | +0.02 +0.22% |
| 04/05/07 | 8.92 | 9.04 | 8.77 | 2,053,550 | 8.93 | +0.10 +1.13% |
| 04/04/07 | 9.54 | 9.82 | 8.63 | 9,894,613 | 8.83 | -3.74 -29.75% |
| 04/03/07 | 12.57 | 12.74 | 12.47 | 273,956 | 12.57 | +0.04 +0.32% |

V Download Data To Spreadsheet

Powered By: **FinancialContent, Inc.**
Nasdaq quotes delayed at least 15 minutes.
NYMEX & COMEX data is delayed at least 30 minutes.
All other data is delayed at least 20 minutes.
By accessing this page, you agree to the following terms and conditions.
Conference calls info supplied by OpenCompany
Fundamental data supplied by Mergent, Inc.
Stock quote data supplied by Telekurs

Signup for **StreetInsider Premium Today!** *Free Trial!*

no hidden surprises.

Home  Member's Home  Premium Content
Links  Entities  About StreetInsider  Get Our Content
Advertise with Us  Contact Us  Disclaimer  Privacy Policy

© Copyright 2008 StreetInsider.com
Custom Website Design by Active Media Architects

**Free News Feed**
Get our RSS Feed!