Nina F. Locker (admitted *pro hac vice*)
Jennifer J. Lee (JL-6985)
WILSON SONSINI GOODRICH & ROSATI
PROFESSIONAL CORPORATION
650 Page Mill Road
Palo Alto, CA 94304
Tel.: (650) 493-9300
Fax: (650) 493-6811

*Attorneys for Defendants
Allot Communications Ltd., Yigal Jacoby,
Rami Hadar, and Adi Sapir*



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/22/08

RECEIVED
OCT 15 2008
CHAMBERS OF
RICHARD J. HOLWELL

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE ALLOT COMMUNICATIONS LTD. SECURITIES LITIGATION | CIVIL ACTION NO. 07-CV-03455 (RJH) |

### STIPULATION AND [PROPOSED] ORDER
### REGARDING BRIEFING SCHEDULE FOR MOTION TO DISMISS

WHEREAS, on May 27, 2008, the Court entered an Order setting forth the briefing schedule for Defendants' motion to dismiss in accordance with the parties' proposal that Defendants' opening brief be due August 8, 2008, Lead Plaintiffs' opposition be due October 7, 2008, and Defendants' reply be due November 21, 2008;

WHEREAS, on August 8, 2008, Defendants filed a motion to dismiss the Consolidated Amended Complaint;

WHEREAS, on October 6, 2008, this Court entered an Order approving the parties' stipulation to extend the time for Lead Plaintiffs to file an opposition brief to Defendants' motion to dismiss until on or before October 21, 2008;

WHEREAS, consistent with the October 6, 2008 Stipulation and Order, the parties have reached agreement regarding the briefing schedule for the motion to dismiss and are now filing

1

this stipulation;

NOW THEREFORE, it is hereby STIPULATED and AGREED, subject to Court approval, that Defendants' reply brief in support of their motion to dismiss shall be filed on or before December 15, 2008.

Dated: October 10, 2008

WILSON SONSINI GOODRICH & ROSATI, P.C.

*Nina Locker* / 88(

Nina F. Locker
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Fax: (650) 565-5100
*Counsel for Defendants*

KAHN GAUTHIER SWICK, LLC

Kim Elaine Miller
12 East 41st Street, 12th Floor
New York, New York 10017
Telephone: (212) 696-3730
Facsimile: (504) 455-1498

*Co-Lead Counsel for Plaintiffs*

GLANCY BINKOW & GOLDBERG LLP

Robin Bronzaft Howald
Frederick W. Gerkens III
1430 Broadway, Suite 1603
New York, New York 10018
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Co-Lead Counsel for Plaintiffs*

LAW OFFICES OF JACOB SABO
The Tower No. 3 Daniel Frisch Street,
15th Floor
Tel Aviv, Israel 64731
Telephone: 011 972 3 607 88 88
Facsimile: 011 972 3 607 88 89

*Co-Lead Counsel for Plaintiffs*

this stipulation;

NOW THEREFORE, it is hereby STIPULATED and AGREED, subject to Court approval, that Defendants' reply brief in support of their motion to dismiss shall be filed on or before December 15, 2008.

Dated: Oct. 10, 2008

WILSON SONSINI GOODRICH & ROSATI, P.C.

Nina F. Locker
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Fax: (650) 565-5100
*Counsel for Defendants*

KAHN GAUTHIER SWICK, LLC

Kim E Miller /scb

Kim Elaine Miller
12 East 41st Street, 12th Floor
New York, New York 10017
Telephone: (212) 696-3730
Facsimile: (504) 455-1498

*Co-Lead Counsel for Plaintiffs*

GLANCY BINKOW & GOLDBERG LLP

Robin Bronzaft Howald
Frederick W. Gerkens III
1430 Broadway, Suite 1603
New York, New York 10018
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Co-Lead Counsel for Plaintiffs*

LAW OFFICES OF JACOB SABO
The Tower No. 3 Daniel Frisch Street,
15th Floor
Tel Aviv, Israel 64731
Telephone: 011 972 3 607 88 88
Facsimile: 011 972 3 607 88 89

*Co-Lead Counsel for Plaintiffs*

IT IS SO ORDERED.
DATED: 10/21/08

_____
THE HONORABLE RICHARD J. HOLWELL
UNITED STATES DISTRICT JUDGE