UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN RE ALLOT COMMUNICATIONS LTD. SECURITIES LITIGATION<br><br>This Document Relates To:<br>ALL ACTIONS | ) ) ) ) ) ) ) ) ) ) ) Master File No. 1:07-cv-03455-RJH |

# NOTICE OF FIRM NAME CHANGE

**To: Attorney Admission Clerk and All Other Parties**

PLEASE TAKE NOTICE of the following attorney information change(s) for Kim Elaine Miller.  I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: KM-6996.

*Law Firm/Government Agency Association*

PLEASE TAKE NOTICE that the law firm of Kahn Gauthier Swick, LLC has changed its name to KAHN SWICK & FOTI, LLC.  The addresses, telephone and facsimile numbers will remain the same.  Please update your records accordingly.

I will continue to be counsel of record on the above-entitled case.

DATED: April 24, 2009          ___*/s/ Kim Elaine Miller*_____
                                Kim Elaine Miller (KM-6996)

                                KAHN SWICK & FOTI, LLC
                                12 East 41st Street - 12th Floor
                                New York, NY 10017

Telephone: (212) 696-3730
Facsimile: (504) 455-1498

KAHN SWICK & FOTI, LLC
Lewis Kahn
650 Poydras Street, Suite 2150
New Orleans, LA 70130
Telephone: (504) 455-1400
Facsimile: (504) 455-1498

GLANCY BINKOW & GOLDBERG LLP
Robin Bronzaft Howald (RH-9974)
Frederick W. Gerkens, III (FG-7595)
1430 Broadway, Ste. 1603
New York, New York 10018
Telephone: (212) 382-2221
Facsimile: (212) 382-3944

THE LAW OFFICE OF JACOB SABO
Jacob Sabo
The Tower No.3 Daniel Frisch St., 15th Floor
Tel Aviv, Israel 64731
Telephone: 011 972 3 607 8888
Facsimile: 011 972 3 607 8889

*Lead Counsel for Lead Plaintiffs & the Class*

**CERTIFICATE OF SERVICE**

       I hereby certify that this document was filed on April 24, 2009 through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                                  /s/ Kim Elaine Miller