UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/31/10

IN RE ALLOT COMMUNICATIONS LTD.
SECURITIES LITIGATION

07 Civ. 3455 (RJH)

**ORDER**

In light of the parties' representation to the Court that this matter is settling, defendants' motion to dismiss [37] is denied without prejudice to renew in the event that a final settlement does not materialize.

SO ORDERED.

Dated: New York, New York
       March 31, 2010

Richard J. Holwell
United States District Judge