Kim Miller
KAHN SWICK & FOTI, LLC
500 Fifth Avenue, Ste. 1810
New York, NY 10110
Telephone: (212) 696-3730
Facsimile: (504) 455-1498
Email: kim.miller@ksfcounsel.com

Lewis Kahn
KAHN SWICK & FOTI, LLC
206 Covington Street
Madisonville, LA 70447
Telephone: (504) 455-1400
Facsimile: (504) 455-1498
E-mail: lewis.kahn@ksfcounsel.com

Robin Howald
GLANCY BINKOW & GOLDBERG LLP
1430 Broadway, Suite 1603
New York, NY 10018
Telephone: (212) 382-2221
Facsimile: (212) 382-3944

*Co-Lead Counsel for Lead Plaintiffs and the Class*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE ALLOT COMMUNCATIONS LTD. SECURITIES LITIGATION | CIVIL ACTION NO. 07-CV-03455 (RJH)<br><br>**LEAD PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AND CERTIFICATION OF SETTLEMENT CLASS**<br><br>Judge: Hon. Richard J. Holwell |

**PLEASE TAKE NOTICE** that upon the accompanying memorandum of law, the Stipulation of Settlement, and all prior pleadings and proceedings herein, Lead Plaintiffs the Chen Group – comprising individuals Shichao Chen, Cynthia Hober, and Robert Jonkheer – and the Dikla Mondial Mutual Fund will and do move this Court, before the Honorable Richard J. Holwell, United States District Judge, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl St., Courtroom 17B, New York, NY 10007-1312, at a date and time to be determined, for an order preliminarily approving the proposed Settlement of this proposed class action and certifying a class for purposes of the Settlement, pursuant to Rules 23(a), (b)(3), and (e) of the Federal Rules of Civil Procedure. A proposed Preliminary Approval Order, together with annexed exhibits, is attached to the Stipulation of Settlement filed concurrently herewith.

Dated:	August 5, 2010		KAHN SWICK & FOTI, LLC

>	  s/ Kim Miller
> Kim Miller
> 500 Fifth Avenue, Ste. 1810
> New York, NY 10110
> Telephone: (212) 696-3730
> Facsimile: (504) 455-1498
> Email:  kim.miller@ksfcounsel.com
>
> Lewis Kahn
> 206 Covington Street
> Madisonville, LA 70447
> Telephone: (504) 455-1400
> Facsimile: (504) 455-1498
> E-mail: lewis.kahn@ksfcounsel.com
>
> -and-
>
> GLANCY BINKOW & GOLDBERG LLP
> Robin Howald
> 1430 Broadway, Suite 1603
> New York, NY 10018
> Telephone: (212) 382-2221
> Facsimile: (212) 382-3944
>
> *Co-Lead Counsel for Lead Plaintiffs and the Class*