**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE ALLOT COMMUNCATIONS LTD. SECURITIES LITIGATION | **CIVIL ACTION NO. 07-CV-03455 (RJH)**<br><br>**LEAD PLAINTIFFS' MOTION FOR FINAL APPROVAL OF SETTLEMENT AND PLAN OF ALLOCATION**<br><br>Judge: Hon. Richard J. Holwell |

**PLEASE TAKE NOTICE** that upon the accompanying memorandum of law, the Declaration of Kim E. Miller in Support of Lead Plaintiffs' Motion for Final Approval of Settlement and Plan of Allocation and Motion for Award of Attorneys' Fees, the Declaration of Lionel Z. Glancy in Support of Motion for Award of Attorneys' Fees and Expenses, the Declaration of Jacob Sabo in Support of Motion for Award of Attorneys' Fees and Expenses, the Affidavit of Jason Zuena Regarding the Mailings of the Notice and Proof of Claim and the Publication of the Summary Notice, and all prior pleadings and proceedings herein, Lead Plaintiffs the Chen Group – comprising individuals Shichao Chen, Cynthia Hober, and Robert Jonkheer – and the Dikla Mondial Mutual Fund will and do move this Court, before the Honorable Richard J. Holwell, United States District Judge, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl St., Courtroom 17B, New York, NY 10007-1312, at 10:00 a.m. on April 29, 2011, for an order approving the proposed Settlement and plan of allocation in this Action. A proposed Final Order is submitted concurrently herewith.

Dated:    March 25, 2011        KAHN SWICK & FOTI, LLC

_____s/ Kim Miller_____
Kim E. Miller (KM-6996)
500 Fifth Avenue, Ste. 1810
New York, NY 10110
Telephone: (212) 696-3730
Facsimile: (504) 455-1498
Email: kim.miller@ksfcounsel.com

Lewis Kahn
206 Covington Street
Madisonville, LA 70447
Telephone: (504) 455-1400
Facsimile: (504) 455-1498
E-mail: lewis.kahn@ksfcounsel.com

-and-

**GLANCY BINKOW & GOLDBERG LLP**
Robin Bronzaft Howald (RH 9974)
1430 Broadway, Suite 1603
New York, NY 10018

Telephone: (212) 382-2221
Facsimile: (212) 382-3944

-and-

**THE LAW OFFICE OF JACOB SABO**
Jacob Sabo
The Tower No.3 Daniel Frisch St.
15th Floor
Tel Aviv, Israel 64731
Telephone: 011 972 3 607 88 88
Facsimile: 011 972 3 607 88 89

*Lead Counsel for Lead Plaintiffs and the Class*

**CERTIFICATE OF SERVICE**

     I hereby certify that this Motion was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on March 25, 2011.

                                                                 /s Kim E. Miller
                                                                   KIM E. MILLER